1  Patrick Gunn (*Pro Hac Vice* pending)
   COOLEY LLP
2  101 California Street, 5th Floor
   San Francisco, California 94111-5800
3  Telephone:  (415) 693-2070
   Facsimile:   (415) 693-2222
4  Email:       pgunn@cooley.com

5  Mary O'Grady (011434)
   Colin Proksel (034133)
6  Payslie Bowman (035418)
   OSBORN MALEDON, P.A.
7  2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
8  Telephone:  (602) 640-9000
   Facsimile:   (602) 640-9050
9  Email:       mogrady@omlaw.com
   Email:       cproksel@omlaw.com
10 Email:       pbowman@omlaw.com

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.T., a minor, by and through his parent and next friend Lizette Trujillo; Jane Doe, a minor, by and through her parent and next friend Susan Doe; and Helen Roe, a minor, by and through her parent and next friend Megan Roe,<br><br>Plaintiffs,<br><br>v.<br><br>Dr. Cara M. Christ, in her official capacity as State Registrar of Vital Records and Director of the State of Arizona's Department of Health Services; Thomas Salow, in his official capacity as Branch Chief of the State of Arizona's Division of Public Health Licensing Services at the Department of Health Services; and Krystal Colburn, in her official capacity as Bureau Chief and Assistant State Registrar of the State of Arizona's Bureau of Vital Records,<br><br>Defendants. | Case No. _____<br><br>**EXPERT DECLARATION OF DR. LINDA HAWKINS, PH.D., IN SUPPORT OF JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION AND JANE DOE AND HELEN ROE'S MOTION TO PROCEED UNDER A PSEUDONYM** |

| | |
|---|---|
| 1 | Barrett J. Anderson (*Pro Hac Vice* pending)<br>COOLEY LLP |
| 2 | 4401 Eastgate Mall<br>San Diego, California 92121-1909 |
| 3 | Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420 |
| 4 | Email: banderson@cooley.com |
| 5 | Asaf Orr (*Pro Hac Vice* pending)<br>NATIONAL CENTER FOR LESBIAN RIGHTS |
| 6 | 870 Market Street, Suite 370<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 392-6257<br>Facsimile: (415) 392-8442 |
| 8 | Email: aorr@nclrights.org |
| 9 | *Attorneys for Plaintiffs* |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Linda A. Hawkins, declare as follows:

1. I submit this expert declaration based upon my personal knowledge.

2. If called to testify in this matter, I would testify truthfully based on my expert opinion.

**Qualifications and Experience**

3. I am a Licensed Professional Counselor with a MSEd in Psychological Services from the University of Pennsylvania and a PhD in Human Development and Human Sexuality specializing in working with children and adolescents experiencing gender dysphoria and their families. My doctoral training at Widener University focused on transgender children, youth and their families concluding in my doctoral dissertation *Gender Identity Development among Gender Variant Adolescents: A Qualitative Analysis* for which I received the Linda Lehnert Memorial Award for Excellence in Academics & Research, and a Distinguished Dissertation nomination. I am also an educator and program director. A true and correct copy of my Curriculum Vitae is attached hereto as **Exhibit A**.

4. I have over two decades of experience in supporting LGBTQ children and their families, both in private practice and through my work with hospitals and clinics. During that time, I have individually worked with more than 4,000 families of LGBTQ children from around the world.

5. In January 2014, I founded the Gender & Sexuality Development Program at The Children's Hospital of Philadelphia, which now operates from two clinics: Philadelphia, Pennsylvania and Voorhees, New Jersey. I have served as Director of the program since its inception.

6. In my role as Director of the Gender & Sexuality Development Program, I oversee the care of nearly 1,650 families and field between ten and fifteen referrals a week. I also lead and participate in research for developing best care practices for LGBTQ children and their families, train state and regional health care and mental health providers on best care practices, establish gender-affirming hospital policies, and advise local, regional, and national organizations as they create and update guidelines for the care of transgender and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

gender-expansive children, youth, and their families. This includes direct trainings and policy review with schools, churches, social service agencies, mental health centers, and juvenile correction centers and insurance companies.

7. I also serve as the Advisor of LGBTQ Patient and Family Services at The Children's Hospital of Philadelphia, a position that I have held since January 2014. In this role, I oversee all of the LGBTQ competencies in care, policy and practice for LGBTQ patients, families and staff throughout the hospital network, which includes two hospitals, one rehabilitation center, 36 primary and specialty care sites, and an extensive network of research entities. For example, I review the best practice information in research and literature from around the world to assure that we are staying current with all best practice standards. With this information, I conduct annual trainings, seminars, and lectures to increase LGBTQ cultural competency and patient care. Additionally, I have established guidelines for care in a pediatric hospital setting including the needed care for patients, families, guests and staff.

8. I also serve as a consultant to other pediatric hospitals throughout the nation through grand rounds, consultation and mentoring, as well as in-depth, in-person program development—most recently to help reorganize and rebuild the clinic at Rady Children's Hospital in San Diego, California and currently assisting program expansion at Johns Hopkins All Children's Hospital in St. Petersburg, Florida.

9. Prior to developing the Gender & Sexuality Development Program at The Children's Hospital of Philadelphia, I provided individual and family therapy for LGBTQ+ children and youth, and their families through my private practice, Hawkins LifeWorks LLC. In this role, I offered direct counseling support to children, youth and their families including advocacy for LGBTQ+ children and youth in their schools, churches, and communities. In this capacity, I also provided supervision to therapists who were building their professional skills and/or provided consultation to seasoned clinicians in need of additional support with specific LGBTQ+ child, youth and family counseling skills.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

10. In January 2018, I helped found the Advanced Training Program in Affirmative Therapy for Transgender Communities, which is a year-long national professional training course for therapists to train them in supporting transgender clients across their client's lifespans that now has sites based in Seattle, Washington and Philadelphia, Pennsylvania. This training program was developed to fill a critical gap in professional training and clinical education regarding caring for transgender and non-binary individuals. I have served as the Founder and Director since the program's inception, which includes both teaching duties and supervising the six employees who implement the training and supervise the program on a daily basis. The American Psychological Association, U.S. Professional Association of Transgender Health, American Counseling Association, and American Association of Sexuality Educators, Counselors and Therapists are currently considering endorsing the program.

11. I taught as an Associate Professor at Widener University in the Center for Human Sexuality Studies, with a focus on teaching counseling skills in working with LGBTQ children, youth and families, from 2008 to 2017. I taught courses including "Sexual Minorities," "Behavioral Foundations of Human Sexuality," and "Trauma, Advocacy & Social Justice."

12. My recent publications include *Sexual and Gender Minority Adolescents: Meeting the Needs of Our LGBTQ Patients and Their Families*, Clinical Pediatric Emergency Medicine, 20(1), 9–16 (2019); *Sexual Orientation/Gender Identity Cultural Competence: A Simulation Pilot Study*, Clinical Simulation in Nursing, 16, 2–5 (2018); *Effective Treatment of Depressive Disorders in Medical Clinics for Adolescents and Young Adults living with HIV: A Controlled Trial*, Journal of Acquired Immune Deficiency Syndrome, 71(1), 38–46 (2017); *Policy Perspective: Ensuring Comprehensive Care and Support for Gender Nonconforming Children and Adolescents*, Transgender Health, 1(1), 75–86 (2016); and *Creating Welcoming Spaces for Lesbian, Gay, Bisexual and Transgender (LGBT) Patients: An Evaluation of Health Care Environment*, Journal of Homosexuality, 63(3), 387–93 (2016). I have also authored chapters of textbooks,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

including "Sexual Disorders and Transgender Health" in *Fundamentals in Consultation Psychiatry: Principles and Practice*, Eds Lavakumar, M., Rosenthal, L., & Rabinowitz, T. Nova Medicine & Health: New York, NY (2019). A listing of my publications is included in my Curriculum Vitae in **Exhibit A**.

13. In the course of my career, I have been invited to speak at numerous hospitals, clinics, and conferences on topics related to clinical care and standards for treating transgender children and youth. For example, in February 2020, I spoke at the Department of Social Work at Johns Hopkins All Children's Hospital in St. Petersburg, Florida, on the topic of "Supporting Transgender, Gender Non-Conforming and Gender Expansive Children & Youth." I have also lectured at the national conferences for the United States Professional Association for Transgender Health and internationally at the Canadian Professional Association for Transgender Health, as well as the annual Trans Wellness Conference, and the Gender Spectrum Conference, among others. A listing of my lectures is included in my Curriculum Vitae in **Exhibit A**.

14. I belong to a number of professional organizations and associations relating to (i) the overall mental health and well-being of all children, youth and their families; (ii) the health and well-being of children and adolescents, including those who are transgender; and (iii) to appropriate medical treatments for transgender individuals. For example, since 2005, I have been a member of the World Professional Association for Transgender Health ("WPATH"), an international multidisciplinary professional association to promote evidence-based care, education, research, advocacy, public policy and respect in transgender health. I was also elected as a Fellow of the College of Physicians of Philadelphia, invited to join based on my local, regional, national and international contributions to the medical and mental health and wellness of transgender and gender non-binary children and youth, as well as my contributions to the education of medical professionals as part of this care. A complete list of my involvement in various professional associations is located in my Curriculum Vitae in **Exhibit A**.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

15. My opinions contained in this declaration are based on: (i) my years of experience as a licensed counselor and PhD treating transgender patients, including adolescents and young adults; (ii) my knowledge of the peer-reviewed research, including my own, regarding the treatment of LGBTQ patients and those suffering from gender dysphoria; and (iii) my review of the various declarations submitted in support of the motions. I generally rely on these types of materials when I provide expert testimony, and they include the documents specifically cited as supportive examples in particular sections of this declaration. The materials I have relied on in preparing this declaration are the same type of materials that experts in my field of study regularly rely upon when forming opinions on the subject.

16. I was provided with and reviewed the following case-specific materials: (i) the declarations of Jane Doe, Susan Doe, and Megan Roe; (ii) a medical note written by Jane Doe's treating provider, Patrick Goodman; and (iii) the expert declaration of Dr. Daniel Shumer, MD, MPH.

17. I have not met or spoken with the Plaintiffs or their parents for purposes of this declaration. My opinions are based solely on the information that I have been provided by Plaintiffs' attorneys as well as my extensive experience studying gender dysphoria and treating transgender patients.

18. I am being compensated at an hourly rate for the actual time that I devote to this case, at the rate of $300 per hour for any review of records, preparation of reports or declarations, and deposition and trial testimony. My compensation does not depend on the outcome of this litigation, the opinions that I express, or the testimony that I provide.

**Gender Identity Development and Gender Dysphoria**

19. Because a person's gender identity is unknowable at birth, doctors assign sex based on the appearance of a newborn's external genitalia. For most people, that assignment also turns out to be an accurate reflection of their gender identity. However, for transgender people, their assigned sex does not match their gender identity.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

20. Gender identity is a person's inner sense of belonging to a particular gender, such as male or female.

21. Medical, mental health and human development research has repeatedly shown that gender identity is hard wired and a core component of human identity. Every person has a gender identity. Dr. Shumer's declaration provides a comprehensive overview of the research demonstrating that gender identity has strong biological ties. (Declaration of Dr. Daniel Shumer ("Shumer Decl.") at ¶¶ 19–28; 41–44.)

22. A person's gender identity is not a personal decision, preference, or belief. Like non-transgender people, transgender people do not simply have a "preference" to live consistent with their gender identity; trying to live as a gender they are not feels viscerally wrong.

23. A key milestone of child development is a child becoming aware their gender identity. My declaration will focus on that process and the psychological distress young people experience when their assigned sex and gender identity do not match.

24. Children typically become aware of their gender identity between the ages of three and five years old. During these young years, individuals will often gravitate toward toys, clothing, activities, and peer relationships that most typically align with their gender identity. At the same time, those children are also surrounded by gender rules, regulations and expectations in their families, the media, and community. Children assigned male at birth are typically rewarded for following the male-based expectations set out for them and the children assigned female at birth are equally rewarded for following the female-based expectations set out for them, regardless of the child's gender identity.

25. Transgender individuals who become aware in childhood that those expectations do not match with who they are often begin to express their cross-gender identity to their family members and caregivers. The statements and actions transgender children use to communicate their cross-gender identity differ significantly from age-appropriate imaginative play and identity exploration. Transgender children are insistent, persistent, and consistent over time in their cross-gender identification that diagnostically

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

separates natural gender exploration—tomboys and feminine boys—with transgender identity. They may also show signs of psychological distress as a result of the mismatch between their assigned sex and their gender identity.

26. Still a significant proportion of transgender children do not have the ability to clearly state or share the distress they are experiencing. Those children can experience a wide range of psychological distress from difficulty sleeping to anxiety at school or severe depression. Over time, their inability to express themselves further exacerbates their psychological distress.

27. Yet another significant proportion of transgender young people may have had an underlying feeling of not fully aligning with the sex they were assigned at birth, but felt "good enough" being supported and perceived as a tomboy or a gay male. However, as puberty starts to emerge and body changes occur specifically around secondary-sex characteristics (*e.g.* breast development, menstruation, testicular and penile expansion, erections, and deepening of voice) there is a strong awareness and onset of distress that is far beyond the typical youth being upset about puberty that also insistent, persistent and consistent. These youth will then share a strong and real awareness of their gender identity not as a tomboy, but as male, and not as a feminine gay male, but a female.

28. Gender Dysphoria is the diagnosis for the severe and unremitting emotional pain resulting from the incongruity between a person's assigned sex and their gender identity. It is a serious condition and is listed in the *Diagnostic and Statistical Manual of Mental Disorders* ("DSM-5") of the American Psychiatric Association. Because gender dysphoria also has significant implications for a transgender young person's physical health that require medical care, there is also a companion diagnosis in the World Health Organization's International Classification of Diseases.

**Standards of Care for Working with Transgender Children**

29. When loved, supported, and affirmed by their parents and caretakers and by their social environment, transgender children—like all children—can thrive, grow into healthy adults and have the same capacity for happiness, achievement, and contribution to

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

society as others. For transgender children and youth, that means supporting their need to live in a manner consistent with their gender identity.

30. Getting treatment for gender dysphoria and ensuring that a transgender child is in an environment that does not undermine that treatment are critical to a transgender child's healthy development and well-being. For young transgender children, the treatment of gender dysphoria consists of social transition, which involves changes that bring the child's outer appearance and lived experience into alignment with the child's gender identity. Changes often associated with a social transition include changes in clothing, name, pronouns, hairstyle, and updating government-issued identity documents to reflect the child's new name and correct the sex listed on those documents.

31. Research and clinical experience have shown that social transition for a child with gender dysphoria improves that child's mental health and greatly reduces the risk that the child will experience anxiety, depression and possibly engage in self-harming behaviors. *See* Kristina Olson, *et al., Mental Health of Transgender Children who are Supported in Their Identities*, 137 Pediatrics 1 (2016). In fact, longitudinal studies demonstrate that undergoing a social transition before puberty often provides tremendous and immediate relief because there are few, if any, observable physical differences between boys and girls at that age.

32. A social transition is often eventually coupled with other treatments for gender dysphoria once a young person enters adolescence and early adulthood, specifically medications and surgeries that bring a person's body into closer alignment with their gender identity. The availability and effects of those treatments are discussed in detail in Dr. Shumer's declaration. (Shumer Decl. ¶¶ 35–40.) As with social transition, however, those treatments occur within a context of treatment and assessment by qualified professionals, often in a multidisciplinary setting. Further, each of those additional components of transition support the ongoing effectiveness of a transgender person's social transition.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

**Ensuring the Success of Social Transition for Transgender Children**

33. Providing appropriate support for a transgender child during and after their social transition includes ensuring that parents/caregivers, family members, teachers, friends, peers, and other people affirm the transgender child's gender identity. That can include, for example, using the transgender child's chosen name and correct pronouns, participating in sex-separated recreational activities based on their gender identity, and otherwise treating the child in a manner consistent with their gender identity for all purposes. In the early stages of a transgender young person's transition, the people most responsible for this shift in language, acknowledgement, and support are the adults around this child—parents, extended family, teachers, school staff, church members, physicians, and community members. When that adult support is consistent, children and peers often adapt quickly and easily in support of their friend's and classmate's need to feel safe and included. Failing to recognize and support a transgender child's gender identity sends a message—both to the transgender child and to others—that the child is different from their peers, causing the transgender child to experience shame.

34. Transgender children experience significant psychological distress when other people repeatedly fail to acknowledge the child's gender identity. Transgender children who are treated in this way experience that mistreatment as a profound rejection of their core self and identity, which has serious negative consequences for their development and their long-term health and well-being. Rejecting behaviors significantly increase the risk that the child will develop long-term mental health conditions, among other serious negative health consequences such as low self-esteem, anxiety, depression, substance use issues, self-harming behaviors, and suicidal ideation.

35. The negative mental health effects of rejection can also cause a transgender child to develop co-occurring mental health conditions, such as major depression, anxiety or obsessive-compulsive disorders, eating disorders, self-harm, and thoughts of suicide. These negative symptoms associated with those mental health challenges resulting from

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

feeling different in their family, school and/or community typically alleviate significantly once a transgender child's gender identity is affirmed and supported.

36. Indeed, transgender individuals who are affirmed within their household and at school have mental health profiles similar to their nontransgender peers. Being treating consistent with their gender identity in school has been shown to have a tremendous positive effect on the health and well-being of transgender young people, significantly reducing symptoms of depression and suicidal ideation. However, if the child remains in an environment where the child's gender identity is not recognized and supported, that mistreatment can exacerbate any co-occurring conditions, resulting in lasting mental and even physical harm.

37. The psychological distress and harm caused by an unsupportive school environment can also result in significant academic harms. Transgender students in that situation often engage in behaviors that undermine their ability to learn, such as cutting class and overuse on the nurse's office to miss class time to acting out in class resulting in disciplinary action. In either circumstance, these common responses to psychological distress prevent transgender young people from focusing in school and obtaining the full benefit of their education. The resulting drop in grades or disciplinary record also have long-term implications for educational attainment and life trajectory.

38. Studies also show that when a child or youth is living with an intersection of minority identities—like D.T. and Helen Roe, who are transgender youth of color—there is an exponential compounding of stress and anxiety based on the layered ways in which peers and adults can stigmatize identified differences in race, ethnicity and gender identity. Multiply marginalized children and youth face vastly higher levels of anxiety and depression that are more likely to lead to self-harm and even suicide. In the last few years, as individuals in these marginalized communities are coming under direct and indirect attack from political and religious groups, these children are becoming gravely aware that they are not safe in their own neighborhoods and are constantly exposed to negative

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

messages that they do not matter, are not important parts of our community, and otherwise do not belong.

### Accurate Identity Documents Are Critical to Social Transition

39. Identity documents that consistently identify a transgender child by their new name and correct gender identity are crucial to ensuring that child is supported and affirmed throughout their daily lives. An incorrect sex marker, especially on a document as central as a birth certificate, is a regular reminder that those in positions of authority do not see that transgender child for who they are, which can cause feelings of shame and self-hatred.

40. On a practical level, an inaccurate identity document significantly increases the likelihood that a transgender child will be identified by the wrong name, pronouns, or sorted into a group based on their assigned sex as opposed to their gender identity. Because birth certificates are the most commonly used, and often required, identity document to prove a child's age and identity, an inaccurate birth certificate will have an outsized negative affect on a transgender child.

41. Birth certificates are used to register for school, extracurricular activities, recreational/school-sponsored sports, library cards, overnight trips, and more. The identifying information from the birth certificate is then entered onto numerous records that are seen and used by many people. For example, after enrolling in school, the child's name and sex listed on their birth certificate will appear on attendance sheets, student ID cards, report cards, and lunch cards, among others. Educators will then use that information to determine which pronouns to use when referring to student or to sort children into activities or groups based on their sex. In fact, school administrators, teachers, and others may insist that they are required to refer to transgender young people based on the information contained on the birth certificate, despite being unable to identify any support for such a requirement.

42. When that occurs, it causes a second and equivalent harm: it discloses that child's transgender status—intimate and private information—to those around them, which exposes that child to further discrimination and mistreatment. Although some transgender

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

young people are comfortable with being public about their transgender status, many transgender young people do not want share that aspect of their identity. Not honoring this can also cause significant distress and negative physical and mental health outcomes.

43. The uncertainty of when and where their transgender status will appear or be disclosed on a given school day, causes transgender students significant anxiety and sometimes other forms of psychological distress as well. Having the incorrect information in school records also undermines any efforts by transgender students and their parents to take pre-emptive measures to reduce the likelihood that school personnel will use the incorrect information, such as talking with teachers prior to the beginning of the school year. Even if a transgender student's teacher agrees to use the correct name and pronouns, there is always the chance for inadvertent slip-ups when that teacher is reading from those records, or when a substitute teacher covers the class and knows no better. Transgender students whose transgender status is disclosed at school often find their attention shift away from school and to anticipating and responding to the ripple effects of that disclosure from a loss of privacy, unwanted questions about their body, to daily peer harassment.

44. Studies have also found that legal changes, including correcting the sex, on state identity documents and passports are associated with lower reports of mental illness among transgender individuals. *See* Arjee Restar et al., *Legal Gender Marker and Name Change is Associated with Lower Negative Emotional Response to Gender-Based Mistreatment and Improve Mental Health Outcomes Among Trans Populations*, SSM—Population Health, 11 (2020). In one study, respondents with identity documents that used their correct name and sex reported significantly fewer rates of suicidal ideation, suicide planning, or suicide attempts in the past year than individuals with inaccurate identity documents. Respondents with some congruent and some incongruent documents had a small reduction in suicidal ideation, while those who held only congruent identity documents had the largest decrease in suicidal ideation. Ayden Scheim et al., *Gender-Concordant Identity Documents and Mental Health Among Transgender Adults in the USA: A Cross-Sectional Study*, Lancet Public Health, 5, e196-203 (2020). Studies have also

found that transgender individuals with incongruent identity documents receive negative treatment. One study found that approximately one-third of individuals who presented identity documents with a gender that did not match their presentation reported that they were harassed, denied services, and/or attacked. Sandy E. James et al, *The Report of the 2015 U.S. Transgender Survey*, National Center for Transgender Equality (2016).

45. The mental health effects of referring to transgender young people by the correct name and pronouns are profound. The more consistently that occurs across different contexts (*i.e.* home, school, work, and with friends), the greater the benefit to a transgender young person's psychological health and well-being. Transgender young people who are able to use their correct name and pronouns across all aspects of their lives experienced 71% fewer symptoms of severe depression, a 34% decrease in reported thoughts of suicide, and a 65% decrease in suicidal attempts. Stephen Russell et al., *Chosen Name Use is Linked to Reduced Depressive Symptoms, Suicidal Ideation and Behavior among Transgender Youth*, 63 J Adolescent Health 503 (2018). The results of this study are consistent with my clinical experience.

46. Chronic exposure to stress, such as transgender person being referred by the wrong name and pronouns, results in persistent surges of cortisol in the brain for children and youth. This leads to a wide array of short and long-term detrimental consequences, all of which can permanently affect development, emotional and mental health, and quality of life. The effects of chronic exposure to cortisol play a direct role in the children's behavioral development. Research has shown that it leads to increased difficulty in differentiating between threatening and safe situations, impaired short-term and long-term memory, struggles with decision-making and attention, and issues with mood control, even in adulthood. Studies have also shown that chronic stress in childhood and adolescence results in a higher likelihood of developing a myriad of physical health issues, including diabetes, heart disease, and cancer.

47. Removing the conditions that trigger stress in these children is the first crucial step toward restoring their sense of safety and preventing further damage. Correcting the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

13

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

sex listed on a transgender young person's government-issued identification alleviates the stress, anxiety, and overall psychological pressure that they experience when knowing their records do not reflect who they are and anticipating their transgender status might be disclosed to others at any time or become a renewed topic of discussion among peers. The psychological relief transgender young people experience after correcting their identity documents not only alleviates their gender dysphoria but can also help address the psychological distress caused by this worry, including anxiety, depression and thoughts of self-harm or suicide.

48. As noted above, school is just one of the many contexts where birth certificates are critical for participation. The uncertainty and anxiety that follows transgender young people in schools also clouds their experiences in each of those other contexts too. This keeps transgender young people from fully engaging in activities associated with healthy childhood development, such as recreational sports, gender-based clubs (*i.e.* Girl Scouts and Boy Scouts), and overnight field trips. To avoid that psychological distress, some transgender young people will exclude themselves from activities in which they would otherwise participate. In either scenario, transgender young people are being denied the critical benefits of participating in activities that are formative experiences of childhood. Transgender young people who are excluded from such activities also then do not get the many associated benefits of those activities, such as social development and peer bonding.

**Conclusion**

49. I am aware from the case materials I have reviewed that, despite undergoing a social transition, Jane Doe is not able to correct the sex listed on her birth certificate unless she undergoes gender-confirmation surgery. This requirement is not consistent with the well-established standards of care, nor is it developmentally or medically appropriate. Due to the effectiveness of early treatment of gender dysphoria, Jane Doe may never be able to meet that standard, which effectively denies her, and many other transgender young people,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM

the critical psychological and developmental benefits of a birth certificate that accurately reflects her gender identity.

This declaration was executed this 2nd day of November, 2020, in Philadelphia County, Pennsylvania.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

By: _____
Dr. Linda A. Hawkins, PhD, MSEd, LPC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

EXPERT DECL. OF DR. HAWKINS ISO
MOTS. FOR PRELIMINARY INJUNCTION
& TO PROCEED UNDER PSEUDONYM