# Exhibit A

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Prepared: 07/10/2020

## Education and Training

08/2000 – 08/2003    Undergraduate Education:
Northwestern University, Weinberg College of Arts and Sciences
Evanston, IL

08/2003 – 01/2004    National Outdoor Leadership School
Semester in New Zealand

08/2004 – 05/2008    Medical School:
Northwestern University, Feinberg School of Medicine
Chicago, IL
Doctor of Medicine

06/2008 – 06/2009    Pediatric Internship:
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2009 – 06/2011    Pediatric Residency:
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2011 – 06/2012    Pediatric Chief Resident
Vermont Children's Hospital at Fletcher Allen Health Care
University of Vermont
Burlington, VT

07/2013 – 05/2015    Graduate Education:
Harvard T. H. Chan School of Public Health
Boston, MA
Masters of Public Health

07/2012 – 06/2015    Clinical Fellow – Pediatric Endocrinology
Boston Children's Hospital
Harvard University
Boston, MA

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

07/2013 – 06/2015   Research Fellow – Pediatric Health Services Research
                    Fellowship
                    Harvard University
                    Boston, MA

## Certification and Licensure

American Board of Pediatrics – Certification Exam, passed 10/10/2011

Vermont Limited/Training Medical License, #060-0003620, 5/21/2008 to
6/30/2011
Montana Temporary Medical License, #12616, 5/1/2011 to 8/1/2011
        (License required for one month rural elective in Butte, Montana)
Vermont Full Medical License, #042-0012179, 06/30/11 to 11/30/2012
Massachusetts Limited/Training Medical License, #250835, 4/4/2012 to
10/03/2013
Massachusetts Full Medical License, #253558, 10/03/2012 to 10/03/1015
Michigan Full Medical License, #4301108597, 8/7/2015 to present

## Clinical Appointments

08/2013 – 09/2015   Pediatrician – Acute Care Moonlighter
                    Harvard Vanguard Medical Associates
                    Braintree, MA

10/2015 – present   Assistant Professor
                    Division of Pediatric Endocrinology
                    Department of Pediatrics and Communicable Diseases
                    University of Michigan
                    Ann Arbor, MI

11/2016 – present   Medical Director of the Comprehensive Gender Services
                    Program at the University of Michigan

10/2015 – present   Clinical Director of the Child and Adolescent Gender Services
                    Team at Mott Children's Hospital

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

07/2016 – present    Pediatric Endocrinologist lead in the multidisciplinary Prader Willi Syndrome Clinic at Mott Children's Hospital

## Research Interests

1. The evaluation and treatment of the transgender adolescent
2. Mental health and gender non-conformity
3. Developmental delay and autism spectrum disorder and gender non-conformity
4. Disorders of sex development

## Grants

2015 – 2018    Internal funding for research study
*Co-investigator on study to examine social media use among transgender adolescents*

2017 – 2018    Grant awarded by the Department of Diversity, Equity and Inclusion at Michigan Medicine
*Award to fund community participation in the University-wide Transgender Research Group*

2012 – 2015    Research Grant sponsored by the Eunice Kennedy Shriver National Institute of Child Health and Human Development; 1T32HD075727-01
*Funded as a Research Fellow in the Harvard Pediatric Health Services Research Fellowship; sponsors tuition at Harvard School of Public Health and my fellowship research related to provision of health care for transgender adolescents*

2009 – 2012    Project Grant from the Vermont Children's Miracle Network
*Designed and created a mentoring program for adolescents with type 1 diabetes, the "Vermont Diabetes Mentoring Project"*

## Honors and Awards

2/2019    Lecturer of the Month
*As selected by University of Michigan Pediatric Residents*

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| 12/2016 | Child and Adolescent Gender Services Team awarded *The U-M Distinguished Diversity Leaders Award* under my leadership |
| 05/2014 | Annual Pediatric Endocrine Society Essay Competition: Ethical Dilemmas in Pediatric Endocrinology **Competition Winner:** *The Role of Assent in the Treatment of Transgender Adolescents* |

## Memberships in Professional Societies

| 05/2015 – present | World Professional Association for Transgender Health |
| 07/2012 – present | Pediatric Endocrine Society |

## Peer-Review Service

| 2019 | Reviewer – Research in Autism Spectrum |
| 2017, 2018, 2020 | Reviewer – Pediatrics |
| 2017 | Reviewer – Canadian Medical Association Journal |
| 2017 | Reviewer – New England Journal of Medicine |
| 2017, 2016 | Reviewer – Transgender Health |
| 2016 | Reviewer – International Journal of School and Cognitive Psychology |
| 2016 | Reviewer – PLOS ONE |
| 2016 | Reviewer – Clinical Medical Journals |
| 2015 | Reviewer – Journal of Autism and Developmental Disorders |
| 2014 | Reviewer – Pharmacotherapy |
| 2014 | Reviewer – Psychological Science |

## Teaching and Mentorship

| 07/2019 – present | Fellowship Director *Pediatric Endocrinology Fellowship – University of Michigan* |
| 02/2019 – present | M1 Lecturer *I give the annual lecture to the M1 students on "Pediatric Growth and Development"* |
| 02/2019 – present | Doctors of Tomorrow Preceptor *I precept with this program to offer shadowing opportunities to students from Cass Technical High School in Detroit* |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

02/2018 – present   Pediatric Resident Lecturer
*I give lectures to Pediatric Residents at U-M: Puberty; Transgender Medicine*

04/2016 – present   Course Director: Medical Student Elective in Transgender Medicine
*I coordinate and instruct a multidisciplinary Medical Student Elective available for registration during the M4 year; will be offered beginning July 2017*

07/2017 – 06/2020   Mentor
*Mentee: Adrian Araya, Fellow in Pediatric Endocrinology*

09/2017 – 06/2020   Branches Advisor
*I was an advisor to three M3/M4 medical students as part of the Branches Advisorship Program*

03/2019   Presentation to Division of Pediatric Orthopedic Surgery
"Transgender Health"
Michigan Medicine
Ann Arbor, MI

08/2018   Pediatric Boards Review Course
"Thyroid Disorders and Diabetes"
*I teach the thyroid and diabetes section of the U-M run Pediatrics Board Review Course starting in 2018*

12/2017   Nursing Unit (12-West) Annual Educational Retreat
"Gender identity at the Children's Hospital"
*Provided education to pediatric nurses around the topic of gender identity at their annual educational retreat*
Michigan Medicine

10/2017   Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff
*Planned, hosted, and spoke at a conference around topics related to gender identity and youth with 200+ attendees from the fields of mental health and education from across Michigan*
Ypsilanti, MI

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| 10/2017 | Division Conference<br>"Hot Topics in Transgender Medicine"<br>Michigan Medicine – Division of Pediatric Endocrinology |
|---|---|
| 10/2017 | Family Medicine Annual Conference<br>"Transgender Medicine"<br>Michigan Medicine – Department of Family Medicine |
| 05/2017 | Division Conference<br>"Update in Transgender Medicine"<br>Michigan Medicine – Division of Pediatric Endocrinology<br>Ann Arbor, MI |
| 04/2017 | Fellow Didactic Lecture<br>"Androgen Physiology"<br>Michigan Medicine – Division of Pediatric Endocrinology<br>Ann Arbor, MI |
| 03/2017 | Pharmacy School Education<br>*Presented lecture on LGBT Health for University of Michigan Pharmacy Students*<br>University of Michigan, School of Pharmacy<br>Ann Arbor, MI |
| 02/2017 | Swartz Rounds<br>*Clinical Case Presentation*<br>Michigan Medicine<br>Ann Arbor, MI |
| 02/2017 | Presentation to Division of General Medicine<br>"Transgender Health"<br>Michigan Medicine<br>Ann Arbor, MI |
| 02/2017 | Presentation at Collaborative Office Rounds<br>"Transgender Health"<br>Michigan Medicine<br>Ann Arbor, MI |
| 03/2016 – 02/2017 | Mentor |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

*Mentee: Colleen Moran, Fellow in Pediatric Endocrinology*

| | |
|---|---|
| 10/2016 | Presentation to Clinical Staff<br>"Primary Care for Transgender Patients"<br>University Health Service<br>University of Michigan<br>Ann Arbor, MI |
| 10/2016 | Presentation to Department of Dermatology<br>"The iPLEDGE program and transgender patients"<br>Michigan Medicine<br>Ann Arbor, MI |
| 09/2016 | Presentation to ACU Leadership<br>*Presented on Gender Identity Cultural Competencies*<br>Michigan Medicine<br>Ann Arbor, MI |
| 07/2016 | Internal Medicine Resident Education<br>*Presented on gender identity to internal medicine residency*<br>Michigan Medicine<br>Ann Arbor, MI |
| 05/2016 | Pediatric Rheumatology Divisional Conference<br>*Presented on gender dysphoria to division*<br>Michigan Medicine<br>Ann Arbor, MI |
| 04/2016 | Rheumatology Grand Rounds<br>"Gender Identity"<br>Michigan Medicine<br>Ann Arbor, MI |
| 04/2016 | Abstract Reviewer<br>*Pediatric Resident Scholarly Activity Abstracts (2016)*<br>University of Michigan Medical School<br>Ann Arbor, MI |
| 03/2016 | Pharmacy School Education<br>*Presented lecture on LGBT Health for University of Michigan Pharmacy Students* |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

|  | University of Michigan, School of Pharmacy<br>Ann Arbor, MI |
|---|---|
| 02/2016 | Medical Student Education<br>*Panelist for M1 Class Session on LGBT Health as part of the "Doctoring" Curriculum*<br>Ann Arbor, MI |
| 02/2016 | Psychiatry Grand Rounds<br>"Transgender Medicine – A Field in Transition"<br>Michigan Medicine<br>Ann Arbor, MI |
| 12/2015 | Pediatric Grand Rounds<br>"Transgender Medicine – A Field in Transition"<br>Mott Children's Hospital – University of Michigan<br>Ann Arbor, MI |
| 11/2015 | Medical Student Education<br>Noon Lecture<br>*Presentation to medical students and community members during Trans Awareness Week*<br>"The Transgender Adolescent"<br>University of Michigan Medical School<br>Ann Arbor, MI |
| 02/2014 – 06/2015 | Clinical Preceptor<br>*Preceptor for students from Boston University School of Medicine attending the Gender Management Services Clinic during their elective in Transgender Medicine*<br>Boston Children's Hospital<br>Boston, MA |
| 02/2015 | Boston Children's Hospital – Division of Adolescent Medicine<br>*Presentation to Adolescent Medicine Fellows*<br>"Medical Management of the Transgender Adolescent" |
| 01/2014 | Objective Structured Clinical Examination – Instructor<br>Patient-Doctor Course for Second Year<br>Harvard Medical School<br>Boston, MA |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| | |
|---|---|
| 11/2012 | Mini Grand Rounds<br>"A Case of Ambiguous Genitalia; A Case of Hypothyroidism"<br>*This is a case-based lecture given to the residents of the Boston Combined Pediatric Residency Program*<br>Boston Children's Hospital<br>Boston, MA |
| 07/2011 – 06/2012 | Pediatric Advanced Life Support – Instructor<br>Vermont Children's Hospital at Fletcher Allen Health Care<br>Burlington, VT |
| 07/2011 – 06/2012 | Neonatal Resuscitation Program – Instructor<br>Vermont Children's Hospital at Fletcher Allen Health Care<br>Burlington, VT |
| 07/2011 – 06/2012 | Morning Report<br>*As Chief Resident, led bi-weekly case-based teaching sessions for the Pediatric Residency Program*<br>Vermont Children's Hospital at Fletcher Allen Health Care<br>Burlington, VT |
| 8/2010 | Pediatric Grand Rounds<br>"An Interesting Case from the Wards"<br>Presented a case of precocious puberty associated with an adrenocortical tumor and Li-Fraumeni Syndrome<br>Vermont Children's Hospital at Fletcher Allen Health Care<br>Burlington, VT |
| 01/2004 – 08/2004 | Kaplan Test Prep MCAT – Instructor<br>Highland Park, IL |

## Committee, Organizational, and Volunteer Service

Institutional

| | |
|---|---|
| 11/2017 – Present | Divisional Diversity, Equity and Inclusion Champion<br>Michigan Medicine, Division of Pediatric Endocrinology<br>Ann Arbor, MI |
| 08/2017 – Present | University of Michigan Transgender Research Group – Director |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

|  |  |
|---|---|
|  | *I run a working group of researchers from across the University studying topics related to gender identity who meet 6 times yearly* University of Michigan Ann Arbor, MI |
| 07/2017 – Present | Diversity, Equity and Inclusion Action Committee Member Michigan Medicine, Department of Pediatrics Ann Arbor, MI |
| 07/2013 – 10/2014 | Quality and Innovation Committee Member Boston Children's Hospital, Division of Endocrinology Boston, MA |
| 07/2011 – 06/2012 | Resident Selection Committee Member Vermont Children's Hospital at Fletcher Allen Health Care Burlington, VT |
| 07/2011 – 06/2012 | Residency Leadership Committee Member Vermont Children's Hospital at Fletcher Allen Health Care Burlington, VT |

Regional
| 01/2013 – 09/2015 | Investigational Review Board – Voting Member The Fenway Institute Boston, MA |
|---|---|

National
| 05/2014 – 10/2016 | Pediatric Endocrine Society – Ethics Committee Member |
|---|---|

Volunteer Service
| 04/2015 | Community Service at Groton School, Groton, MA *Invited to address student body during assembly for National Day of Silence* |
|---|---|
| 03/2015 | Community Service at Newton South High School, Newton, MA *Invited to set up an informational booth about transgender health at the school's production of Rocky Horror Picture Show* |
| 07/2014 | Camp Joslin (Type 1 Diabetes Camp) *Under attending supervision, participated in summer camp as the camp physician* |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

06/2014    Transgender Health for Schools and Teachers
*Gave a lecture titled "Hormones 101" at a conference meant to educate area educators about their transgender students*

03/2014    Transgender Health for Patients and Families
*Gave a lecture titled "Hormones 101" at a conference meant to support and educate transgender children and their families*

## Extramural Invited Presentations

05/2020    Stand With Trans
Ask the expert Zoom talk
*Spoke about the care of trans youth – video session*

10/2019    Invited Speaker
MOASH Series
*Invited to speak to community groups on issues related to gender identity*
Brighton, MI; Port Huron, MI

03/2019    Invited Speaker
"I Am Jazz" Reading and Discussion
St. James Episcopal Church
*Invited to participate in a community discussion of gender identity*
Dexter, MI

01/2018    Invited Speaker
"Working with transgender and gender non-conforming youth"
Michigan Association of Osteopathic Family Physicians
Bellaire, MI

01/2018    Speaker at "Community Conversations" in Lake Orion, MI
*Invited to lead a community discussion on topics related to gender identity and transgender youth.*
Lake Orion, MI

11/2017    National Transgender Health Summit
"Development of a Transgender Medicine Elective for 4th Year Medical Students"
Oakland, CA

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| | |
|---|---|
| 11/2017 | Endocrinology Grand Rounds<br>"Transgender Medicine"<br>Wayne State University<br>Detroit, MI |
| 11/2017 | Invited Speaker<br>"Care of the Transgender Adolescent"<br>St. John Hospital Conference: "Transgender Patients: Providing Compassionate, Affirmative and Evidence Based Care"<br>Grosse Pointe Farms, MI |
| 11/2017 | Invited Speaker<br>*Evening lecture to medical students*<br>"Hormonal Care in Transgender Adolescents"<br>Michigan State University – School of Osteopathic Medicine<br>Detroit, MI |
| 10/2017 | Conference Organizer and Speaker<br>*Transgender and Gender Non-Conforming Youth: Best Practices for Mental Health Clinicians, Educators, & School Staff*<br>Washtenaw Community College<br>I helped organize and run this conference for over 200 attendees, geared toward mental health professionals and school staff across the state of Michigan, and gave a lecture at the conference on medical issues related to gender transition. |
| 06/2017 | Partners in Pediatric Care – 2017 Conference<br>"Care of the Transgender Adolescent"<br>Traverse City, MI |
| 05/2017 | Grand Rounds<br>Veterans Administration Ann Arbor Healthcare System<br>"Transgender Medicine"<br>Ann Arbor, MI |
| 05/2017 | Partners in Pediatric Care – 2017 Conference<br>"Care of the Transgender Adolescent"<br>Ann Arbor, MI |
| 05/2017 | Invited Speaker |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

|  | *Presentation to local non-profit healthcare organization*<br>"Gender Identity"<br>Hegira Programs<br>Detroit, MI |
|---|---|
| 02/2017 | Pediatric Grand Rounds<br>St. John Hospital and Medical Center<br>"Transgender Youth: A Field in Transition"<br>Detroit, MI |
| 11/2016 | Pediatric Grand Rounds<br>"Hormonal Management of Transgender Youth"<br>Beaumont Children's Hospital<br>Royal Oak, MI |
| 11/2016 | Invited Speaker<br>"Transgender Youth: A Field in Transition"<br>Temple Beth Emeth<br>Ann Arbor, MI |
| 11/2016 | Invited Speaker<br>"Transgender Youth: A Field in Transition"<br>Washtenaw County Medical Society<br>Ann Arbor, MI |
| 11/2016 | Invited Speaker<br>*Evening lecture to medical students*<br>"Hormonal Care in Transgender Adolescents"<br>Michigan State University – School of Osteopathic Medicine<br>Detroit, MI |
| 10/2016 | Invited Speaker<br>"Gender Identity"<br>Pine Rest Christian Mental Health Services<br>Grand Rapids, MI |
| 09/2016 | Invited Oral Presentation<br>"Gender Identity"<br>Humanists of Southeast Michigan<br>Farmington Hills, MI |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

| | |
|---|---|
| 06/2016 | Invited Oral Presentation<br>"Overrepresentation of Adopted Children in a Hospital Based Gender Program"<br>World Professional Association of Transgender Health – Biennial International Symposium<br>Amsterdam, Netherlands |
| 06/2016 | Invited Oral Presentation<br>"Mental Health Presentation of Transgender Youth Seeking Medical Intervention"<br>World Professional Association of Transgender Health – Biennial International Symposium<br>Amsterdam, Netherlands |
| 05/2016 | Invited Oral Presentation<br>"It gets better: Promoting safe and supportive healthcare environments for Sexual Minority and Gender Non-Conforming Youth"<br>Mini-Course at 2016 Pediatric Academic Societies' Annual Meeting<br>Baltimore, MD |
| 04/2016 | Invited Speaker<br>"Hormonal Care in Transgender Adolescents"<br>Adolescent Health Initiative: Conference on Adolescent Health<br>Ypsilanti, MI |
| 04/2016 | Television Appearance<br>Channel 7 WXYZ Detroit<br>*Appeared to discuss gender identity in adolsecents* |
| 03/2016 | Invited Speaker<br>"Hormonal Care in Transgender Adolescents"<br>Michigan State University – School of Osteopathic Medicine<br>Department of Psychiatry<br>East Lansing, MI |
| 01/2016 | Invited Speaker<br>*Evening lecture to medical students*<br>"Hormonal Care in Transgender Adolescents"<br>Michigan State University – School of Osteopathic Medicine |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Detroit, MI

| | |
|---|---|
| 01/2016 | Pediatric Grand Rounds<br>"Hormonal Care in Transgender Adolescents"<br>St. Joseph Mercy Hospital, Department of Pediatrics<br>Ypsilanti, MI |
| 09/2015 | Invited Lecturer<br>*Lecture to first and second year medical students participating in an LGBT Health Elective*<br>"Transgender Medicine – A Field in Transition"<br>University of Massachusetts Medical School<br>Worchester, MA |
| 06/2015 | Pediatric Grand Rounds<br>"Medical Care of the Transgender Adolescent: A Field in Transition"<br>University of Massachusetts Medical School<br>Worchester, MA |
| 05/2014 | Invited Speaker<br>"Health Care for Transgender Adolescents: A Field in Transition"<br>Pediatric Endocrinology Nurses Society – Annual Conference<br>Louisville, KY |
| 04/2014 | Invited Television Show Panelist<br>"Trans Youth: Deciding Who You Are"<br>*The Stream*<br>Al Jazeera English |
| 03/2014 | Course: Contemporary Issues in Transgender Studies<br>Lecture: *The Transgender Adolescent*<br>Tufts University<br>Medford, MA |
| 02/2014 | Presentation to Pediatric Residents and Pediatricians<br>"Heath Care for Children and Adolescents with Gender Dysphoria/Transgenderism: Ethical, Political and Logistic Challenges"<br>University of Vermont Medical School |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

Burlington, VT

| | |
|---|---|
| 11/2013 | Presentation to Medical Students
"Heath Care for Children and Adolescents with Gender Dysphoria/Transgenderism: Ethical, Political and Logistic Challenges"
University of Massachusetts Medical School
Worchester, MA |
| 11/2013 | Presentation to Medical Students
"Heath Care for Children and Adolescents with Gender Dysphoria/Transgenderism: Ethical, Political and Logistic Challenges"
Boston University Medical School
Boston, MA |
| 03/2012 | Workshop Presentation
"Longitudinal Advocacy Curriculum"
Association of Pediatric Program Directors, Annual Conference
Miami, FL |
| 05/2011 | Presentation to the Advocacy Special Interest Group
"Vermont Diabetes Mentoring Project"
Pediatric Academic Society, Annual Meeting
Denver, CO |
| 10/2010 | Workshop Presentation
"Vermont Diabetes Mentoring Project"
11th Annual Minnesota Mentoring Conference
Minneapolis, MN |

## Legal Consulting

| | |
|---|---|
| 2019 | Menefee v. Huntsville Board of Education et al (Alabama) |
| 2019 | Case No. DF-15-09887; ITIO Younger, 255th District Court, Dallas County, Texas (custody trial) |
| 2019 | Flack, Makenzie, Kelly, and Sherwin v. Wisconsin Department of Health Services |

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

2017          Whitaker v. Kenosha Unified School District (Wisconsin)

Bibliography

*Peer-Reviewed Publications:*

1. **Shumer DE**. *Doctor as Environmental Steward*. Wilderness and Environmental Medicine. 2009; 20(1):91.

2. **Shumer DE**, Spack NP. Current management of Gender Identity Disorder in Childhood and Adolescence: Guidelines, Barriers and Areas of Controversy. Curr Opin Endocrinol Diabetes Obes. 2013; 20(1):69-73. Review.

3. **Shumer DE**, Mehringer JE, Braverman LE, Dauber A. Acquired Hypothyroidism in an Infant Related to Excessive Maternal Iodine Intake: Food for Thought. Endocr Pract. 2013; 19(4):729-31.

4. **Shumer DE**, Thaker V, Taylor GA, Wassner AJ. Severe hypercalcemia due to subcutaneous fat necrosis: presentation, management and complications. Arch Dis Child Fetal Neonatal Ed. 2014; 99(5):F419-21.

5. **Shumer DE**, Roberts AL, Reisner SL, Lyall K, Austin SB. Brief Report: Autistic Traits in Mothers and Children Associated with Child's Gender Nonconformity. J Autism Dev Disord. 2015 May; 45(5):1489-94.

6. Reisner SL, Vetters R, Leclerc M, Zaslow S, Wolfrum S, **Shumer D**, Mimiaga, MJ. Mental Health of Transgender Youth in Care at an Adolescent Urban Community Health Center: A Matched Retrospective Cohort Study. J Adolesc Health. 2015 Mar; 56(3):274-9.

7. **Shumer DE**, Spack NP. Paediatrics: Transgender medicine – long term-outcomes from 'the Dutch model'. Nat Rev Urol. 2015 Jan; 12(1):12-3. Editorial.

8. Tishelman A, Kaufman R, Edwards-Leeper L, Mandel, F, **Shumer DE**, Spack, N. Serving transgender youth: challenges, dilemmas, and clinical examples. Prof Psychol-Res Pr. 2015 Feb; 46(1):37-45.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

9. Guss C, **Shumer D**, Katz-Wise SL. Transgender and Gender Nonconforming Adolescent Care: Psychosocial and Medical Considerations. Curr Opin Pediatr. 2015 Aug; 27(4):421-6. Review.

10. **Shumer DE**, Tishelman AC. The Role of Assent in the Treatment of Transgender Adolescents. Int J Transgend. 2015 Oct; 16(2):97-102.

11. **Shumer DE**, Reisner SL, Edwards-Leeper L, Tishelman A. Evaluation of Asperger Syndrome in Youth Presenting to a Gender Dysphoria Clinic. LGBT Health. 2016 Oct;3(5):387-90.

12. **Shumer DE**, Nokoff NJ, Spack, NP. Advances in the Care of Transgender Children and Adolescents. Adv in Pediatr. 2016 Aug; 63(1);79-102.

13. Strang JF, Meagher H, Kenworthy L, de Vries AL, Menvielle E, Leibowitz S, Janssen A, Cohen-Kettenis P, **Shumer DE**, Edwards-Leeper L, Pleak RR, Spack N, Karasic DH, Schreier H, Balleur A, Tishelman A, Ehrensaft D, Rodnan L, Kuschner ES, Mandel F, Caretto A, Lewis HC, Anthony LG. Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. J Clin Child Adolesc Psychol. 2016 Oct; 24: 1-11.

14. **Shumer DE**, Harris LH, Opipari VP. The Effect of Lesbian, Gay, Bisexual, and Transgender-Related Legislation on Children. J Pediatr. 2016 Nov; 178:5-6.e1

15. **Shumer DE,** Abrha A, Feldman HA, Carswell J. Overrepresentation of Adopted Adolescents at a Hospital-Based Gender Dysphoria Clinic. Transgen Health. 2017 May 1;2(1):76-79.

16. Tishelman A, Nahata L, **Shumer DE**. Disorders of Sex Development: Pediatric Psychology and the Genital Exam. J Pediatr Psychol. 2017 June 1;42(5):530-543.

17. Edwards-Leeper L, Feldman HA, Lash BR, **Shumer DE**, Tishelman AC. Psychological Profile of the First Sample of Transgender Youth Presenting for Medical Intervention in a U.S. Pediatric Gender Center. Psychology of Sexual Orientation and Gender Diversity. 2017 4(3), 374-382.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

18. **Shumer D.** Health Disparities Facing Trasgender and Gender Nonconforming Youth Are Not Inevitable. Pediatrics. 2018 [epub ahead of print]

19. Strang JF, Janssen A, Tishelman A, Leibowitz SF, Kenworthy L, McGuire JK, Edwards-Leeper L, Mazefsky CA, Rofey D, Bascom J, Caplan R, Gomez-Lobo V, Berg D, Zaks Z, Wallace GL, Wimms H, Pine-Twaddell E, **Shumer D**, Register-Brown K, Sadikova E, Anthony LG. Revisiting the Link: Evidence of the Rates of Autism in Studies of Gender Diverse Individuals. J Am Acad Child Psychiatry. 2018 Nov;57(11):885-887.

20. Mohnach L, Mazzola S, **Shumer D**, Berman DR. Prenatal Diagnosis of 17-hydroxylase/17,20-lyase deficiency (17OHD) in a case of 46,XY sex discordance and low maternal serum estriol. Case Reports in Perinatal Medicine. 2018 epub ahead of print.

21. Childhood Adiposity and Adolescent Sex Steroids in the EPOCH (Exploring Perinatal Outcomes among Children) Study. Clinical Endocrinology. Accepted

22. Selkie E, Adkins V, Masters E, Bajpai A, **Shumer D.** Transgender Adolescents' Uses of Social Media for Social Support. J Adol Health. 2019.

*Non Peer-Reviewed Publications:*

1. **Shumer D**. *The Effect of Race and Gender Labels in the Induction of Traits*. Northwestern Journal of Race and Gender Criticism. 2004.

2. **Shumer DE**. "A Tribute to Medical Stereotypes." The Pharos, Journal of the Alpha Omega Alpha Medical Society. Summer 2007.

*Book Chapter*

1. **Shumer D.** *Coma* in: The 5-Minute Pediatric Consult, 6th Edition. Schwartz, MW. Lippincott Williams & Wilkins. Philadelphia, PA. 2012.

2. **Shumer DE**, Spack NP. Medical Treatment of the Adolescent Transgender Patient in: *Gender Affirmation: Medical and Surgical Perspectives*. CRC Press/Taylor & Francis. 2016.

Daniel Evan Shumer, MD, MPH
Assistant Professor in Pediatrics
Michigan Medicine – Division of Pediatric Endocrinology
1500 E. Medical Center Drive, Ann Arbor, MI 48109-5718
735-646-8758
dshumer@med.umich.edu

3. **Shumer DE**, Kinnear HA. Duration of Pubertal Suppression and Initiation of Gender-Affirming Hormone Treatment in Youth in: *Pubertal Suppression in Transgender Youth*. Finlayson. Elsevier. In press.

4. **Shumer DE**, Araya A. Endocrinology of Transgender Care – Children and Adolescents in: *Transgender Medicine: A Multidisciplinary Approach*. Poretsky and Hembree. Springer. In process.

*Poster*
1. Kim C, Harrall KK, Glueck DH, **Shumer D**, Dabelea D. Childhood Adiposity and Adolescent Sex Steroids in the EPOCH Study. American Diabetes Association, 2019.