1  Patrick Gunn (admitted *Pro Hac Vice*)
   COOLEY LLP
2  101 California Street, 5th Floor
   San Francisco, California 94111-5800
3  Telephone:   (415) 693-2070
   Facsimile:   (415) 693-2222
4  Email:       pgunn@cooley.com

5  Mary O'Grady (011434)
   Colin Proksel (034133)
6  Payslie Bowman (035418)
   OSBORN MALEDON, P.A.
7  2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
8  Telephone:   (602) 640-9000
   Facsimile:   (602) 640-9050
9  Email:       mogrady@omlaw.com
   Email:       cproksel@omlaw.com
10 Email:       pbowman@omlaw.com

11 *Attorneys for Plaintiffs*

12 *Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| D.T., a minor, by and through his parent and next friend Lizette Trujillo; Jane Doe, a minor, by and through her parent and next friend Susan Doe; and Helen Roe, a minor, by and through her parent and next friend Megan Roe,<br><br>Plaintiffs,<br><br>v.<br><br>Dr. Cara M. Christ, in her official capacity as State Registrar of Vital Records and Director of the State of Arizona's Department of Health Services; Thomas Salow, in his official capacity as Branch Chief of the State of Arizona's Division of Public Health Licensing Services at the Department of Health Services; and Krystal Colburn, in her official capacity as Bureau Chief and Assistant State Registrar of the State of Arizona's Bureau of Vital Records,<br><br>Defendants. | Case No. 4:20-cv-484-JAS<br><br>**PLAINTIFFS' NOTICE REGARDING JANE DOE'S SCHOOL START DATE AND SERVICE OF DEFENDANTS** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| 1 | Barrett J. Anderson (admitted *Pro Hac Vice*) |
| | COOLEY LLP |
| 2 | 4401 Eastgate Mall |
| | San Diego, California 92121-1909 |
| 3 | Telephone:   (858) 550-6000 |
| | Facsimile:   (858) 550-6420 |
| 4 | Email:         banderson@cooley.com |
| 5 | Asaf Orr (admitted *Pro Hac Vice*) |
| | NATIONAL CENTER FOR LESBIAN RIGHTS |
| 6 | 870 Market Street, Suite 370 |
| | San Francisco, California 94102 |
| 7 | Telephone:   (415) 392-6257 |
| | Facsimile:   (415) 392-8442 |
| 8 | Email:         aorr@nclrights.org |
| 9 | *Attorneys for Plaintiffs* |

Plaintiffs D.T., Jane Doe, and Helen Roe, by and through their respective counsel of record, hereby state as follows:

1. Jane Doe's school will require her to return to in-person schooling on Monday, January 4, 2021.

2. Plaintiffs' counsel informed Susan Doe of her ongoing obligation to update the Court of any changes to Jane Doe's in-person schooling start date. Susan, along with the undersigned, will continuously monitor the start date for her school and will immediately file a notice with the Court if the start date for her school changes.

3. On November 4, 2020, after filing the Complaint, Plaintiffs' counsel conferred by email with Patricia LaMagna, an Assistant Attorney General in the Arizona Attorney General's Office. Ms. LaMagna agreed to waive service for Defendants Dr. Cara M. Christ, Thomas Salow, and Krystal Colburn. Ms. LaMagna also agreed to accept electronic service of filings.

4. On November 4, 2020, Plaintiffs' counsel sent to Ms. LaMagna by email the Complaint (Doc. 1), along with waivers of service for each Defendant. Later that afternoon, Plaintiffs' counsel sent to Ms. LaMagna in a separate email the Court-issued summons for each Defendant (Docs. 6, 6-1, 6-2), Jane Doe and Helen Roe's Motion to Proceed Under a Pseudonym (Doc. 2), Jane Doe's Motion for Preliminary Injunction (Doc. 3), and the supporting documents for those submissions.

5. Prior to filing the Complaint, Plaintiffs' counsel inquired several times with attorneys at the Arizona Attorney Generals' Office about Defendants' position on Jane Doe's proposed motion to seal certain supporting exhibits to her Motion for Preliminary Injunction. On November 4, 2020, Ms. LaMagna requested that Plaintiffs delay filing their proposed motion to seal until November 5, 2020. Plaintiffs delayed filing that proposed motion as a courtesy to Defendants and now await their position on sealing those exhibits. In any event, Plaintiffs intend to file their proposed motion to seal by the end of the day on November 5, 2020.

6. On the evening of November 4, 2020, Plaintiffs' counsel contacted Ms. LaMagna by email to provide her with the Court's Orders on that date (Docs. 7, 8), and to notify her of the Court's questions regarding the evidentiary hearing. Plaintiffs will update the Court about the parties' expectations for witnesses and the length of the hearing following that conference.

Respectfully submitted this 5th day of November, 2020

OSBORN MALEDON, P.A.

s/Colin M. Proksel
Mary O'Grady (011434)
Colin Proksel (034133)
Payslie Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile:  (602) 640-9050
Email: mogrady@omlaw.com
Email: cproksel@omlaw.com
Email: pbowman@omlaw.com

Asaf Orr (admitted *Pro Hac Vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 392-6257
Facsimile:  (415) 392-8442
Email: aorr@nclrights.org

Patrick Gunn (admitted *Pro Hac Vice*)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2070
Facsimile:  (415) 693-2222
Email: pgunn@cooley.com

Barrett J. Anderson (admitted *Pro Hac Vice*)
COOLEY LLP
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email: banderson@cooley.com

*Attorneys for Plaintiffs*