IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.T., et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Cara M Christ, et al.,<br><br>　　　　　Defendants. | No. CV-20-00484-TUC-JAS<br><br>**ORDER** |

　　　　The Court has reviewed Plaintiff Jane Doe's 11/5/20 Notice (Doc. 9). The Notice indicates that the parties are conferring as to witnesses and the evidentiary hearing. By no later than **11/9/20**, the parties shall file a joint report indicating what witnesses they expect to testify, the content of their testimony, and the estimated days needed for the evidentiary hearing.

　　　　After the Court reviews the parties' joint report, the Court will issue an Order setting an evidentiary hearing. The Court notes that it has many other hearings that were set prior to the filing of this case, and these hearings have been scheduled through the end of the year; the Court will do its best to adjust its calendar to set an evidentiary hearing as soon as possible after the motion for a preliminary injunction is fully briefed.

　　　　Defendants shall file a response to Plaintiff's motion for a preliminary injunction by no later than **11/15/20**. Plaintiff shall file a reply by no later than **11/22/20**.

　　　　Dated this 5th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge