# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

D.T., a minor, by and through his parent and next friend Lizette Trujillo; Jane Doe, a minor, by and through her parent and next friend Susan Doe; and Helen Roe, a minor, by and through her parent and next friend Megan Roe,

Plaintiffs,

v.

Dr. Cara M. Christ, in her official capacity as State Registrar of Vital Records and Director of the State of Arizona's Department of Health Services; Thomas Salow, in his official capacity as Branch Chief of the State of Arizona's Division of Public Health Licensing Services at the Department of Health Services; and Krystal Colburn, in her official capacity as Bureau Chief and Assistant State Registrar of the State of Arizona's Bureau of Vital Records,

Defendants.

Case No.  4:20-cv-00484-TUC-JAS

**ORDER ADOPTING STIPULATED PROTECTIVE ORDER**

Having reviewed the Joint Stipulation for a Protective Order, the Parties have shown there is good cause for entering such an order in this matter.  The Protective Order submitted to this Court shall be entered as an order of this Court.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2020.

_____

Honorable James A. Soto
United States District Judge