1  Patrick Gunn (admitted *Pro Hac Vice*)
   COOLEY LLP
2  101 California Street, 5th Floor
   San Francisco, California 94111-5800
3  Telephone:    (415) 693-2070
   Facsimile:    (415) 693-2222
4  Email:        pgunn@cooley.com

5  Mary O'Grady (011434)
   Colin Proksel (034133)
6  Payslie Bowman (035418)
   OSBORN MALEDON, P.A.
7  2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
8  Telephone:    (602) 640-9000
   Facsimile:    (602) 640-9050
9  Email:        mogrady@omlaw.com
   Email:        cproksel@omlaw.com
10 Email:        pbowman@omlaw.com

11 *Attorneys for Plaintiffs*

12 *Additional counsel listed on following page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| D.T., a minor, by and through his parent and next friend Lizette Trujillo; Jane Doe, a minor, by and through her parent and next friend Susan Doe; and Helen Roe, a minor, by and through her parent and next friend Megan Roe,<br><br>Plaintiffs,<br><br>v.<br><br>Dr. Cara M. Christ, in her official capacity as State Registrar of Vital Records and Director of the State of Arizona's Department of Health Services; Thomas Salow, in his official capacity as Branch Chief of the State of Arizona's Division of Public Health Licensing Services at the Department of Health Services; and Krystal Colburn, in her official capacity as Bureau Chief and Assistant State Registrar of the State of Arizona's Bureau of Vital Records,<br><br>Defendants. | Case No. 4:20-cv-484-JAS<br><br>**STIPULATED NOTICE OF THE PARTIES' AGREEMENT CONCERNING JANE DOE'S MOTION FOR PRELIMINARY INJUNCTION AND JANE DOE'S PETITION FOR AN A.R.S. § 36-337(A)(4) COURT ORDER TO AMEND HER BIRTH CERTIFICATE** |

1  Barrett J. Anderson (admitted *Pro Hac Vice*)
   COOLEY LLP
2  4401 Eastgate Mall
   San Diego, California 92121-1909
3  Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
4  Email:        banderson@cooley.com

5  Asaf Orr (admitted *Pro Hac Vice*)
   NATIONAL CENTER FOR LESBIAN RIGHTS
6  870 Market Street, Suite 370
   San Francisco, California 94102
7  Telephone:    (415) 392-6257
   Facsimile:    (415) 392-8442
8  Email:        aorr@nclrights.org

9  *Attorneys for Plaintiffs*

10

11 MARK BRNOVICH
   Attorney General
12 Firm Bar No. 14000

13 Patricia Cracchiolo LaMagna (#021880)
   Aubrey Joy Corcoran (#025423)
14 2005 N. Central Avenue
   Phoenix, AZ  85004-1592
15 Telephone:    (602) 542-8890
   Facsimile:    (602) 364-0700
16 E-mail:       Patricia.Lamagna@azag.gov
                 AubreyJoy.Corcoran@azag.gov
17
   *Attorneys for Defendants*

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs D.T., Jane Doe, and Helen Roe ("Plaintiffs") and Defendants Dr. Cara Christ, Thomas Salow, and Krystal Colburn ("Defendants") (collectively, "Parties"), by and through their respective counsel, provide notice of their agreement concerning Jane Doe's Motion for Preliminary Injunction (Doc. 3), as follows:

1. Jane Doe is a transgender girl residing in Arizona.

2. The sex/gender field on Jane Doe's current birth certificate identifies her as male.

3. Jane Doe seeks an A.R.S. § 36-337(A)(4) order from this Court ordering Defendants to change the sex/gender field on her birth certificate from male to female.

4. Jane Doe makes this request so that she may obtain a birth certificate that matches her gender identity. It is important for Jane Doe to have an identity document that matches her gender identity to help prevent bullying and harassment against her.

5. Jane Doe has experienced bullying and harassment at her school when attending classes in-person because her birth certificate, which indicates her transgender status has been disclosed to school staff and other students against her wishes.

6. Jane Doe needs an amended birth certificate no later than December 15, 2020, so that she may enroll in a new school with a birth certificate that identifies her as female before in-person classes start on January 4, 2021. Jane Doe seeks a fresh start in a new learning environment where school staff and her peers are not aware that she is transgender.

7. Jane Doe has provided evidence, through declarations and exhibits attached to her Motion for Preliminary Injunction (Doc. 3-1 to 3-7), that she has been diagnosed with gender dysphoria and has undergone clinically appropriate treatment for the purpose of a gender transition.

8. Defendants take no position on whether Jane Doe has gender dysphoria, has undergone clinically appropriate treatment for the purpose of a gender transition, or has met the standards necessary to obtain an A.R.S. § 36-337(A)(4) order ordering Defendants to amend the sex/gender field on Jane Doe's birth certificate.

9.  Exhibit A attached to this stipulation is a proposed order to correct Jane Doe's birth certificate pursuant to A.R.S. § 36-337(A)(4). Because Exhibit A contains information that would reveal Jane Doe's identity, the Parties agree that there are thus compelling reasons for the Court to seal both Exhibit A and the resulting order that outweigh the public's ordinary right of access to court records, and request that the Court file both Exhibit A and the order under seal. *See, e.g., Lombardi v. Tri West Healthcare Alliance Corp.*, No. 08-cv-02381, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009) (granting motion to seal documents containing "sensitive personal and medical information") (citing *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

10. The Parties agree that, when the Court issues an order to correct Jane Doe's birth certificate, Jane Doe's Motion for Preliminary Injunction (Doc. 3) will be moot and there will be no need for the evidentiary hearing currently scheduled before the Court on December 3–4, 2020 (Doc. 20). The Parties therefore request that the Court vacate those hearing dates.

For all the foregoing reasons, Jane Doe respectfully requests that the Court seal Exhibit A to this Stipulation and enter a sealed order under A.R.S. § 36-337(A)(4) ordering Defendants to change the sex/gender field on her birth certificate from male to female. Defendants also request that the Court seal Exhibit A and enter a sealed order regarding the amendment of the sex/gender field on Jane Doe's birth certificate, but take no position on Jane Doe's request for an A.R.S. § 36-337(A)(4) order to amend her birth certificate. Both Parties request that the Court vacate the evidentiary hearing dates currently scheduled for December 3–4, 2020.

Dated: November 27, 2020

Respectfully submitted,

OSBORN MALEDON, P.A.

 /s/Colin M. Proksel
Mary O'Grady (011434)
Colin Proksel (034133)
Payslie Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor

|  |  |
|---|---|
|  | Phoenix, Arizona 85012-2793<br>Telephone:  (602) 640-9000<br>Facsimile:  (602) 640-9050<br>Email:  mogrady@omlaw.com<br>Email:  cproksel@omlaw.com<br>Email:  pbowman@omlaw.com |
|  | *Attorneys for Plaintiffs* |
|  | *The filer, Colin Proksel, attests that the other signatory listed, on whose behalf the filing is submitted, concurs in the filing's content and has authorized the filing.* |
| Dated: November 27, 2020 | MARK BRNOVICH<br>Attorney General<br>Firm Bar No. 14000 |
|  |  /s/Patricia LaMagna (*with permission*)  <br>Patricia Cracchiolo LaMagna (#021880)<br>Aubrey Joy Corcoran (#025423)<br>2005 N. Central Avenue<br>Phoenix, AZ  85004-1592<br>Telephone:  (602) 542-8890<br>Facsimile:  (602) 364-0700<br>E-mail:  Patricia.Lamagna@azag.gov<br>    AubreyJoy.Corcoran@azag.gov |
|  | *Attorneys for Defendants* |