# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.T., et al., | No. CV-20-00484-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Cara M. Christ, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation (Doc. 39) and the Order granting Jane Doe the relief requested therein, the motion for a preliminary injunction (Doc. 3) is denied as moot and the related evidentiary hearings set for December 3 and 4, 2020 are vacated.

Dated this 30th day of November, 2020.

Honorable James A. Soto
United States District Judge