# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| D.T., a minor, by and through his parent and next friend Lizette Trujillo; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Dr. Cara M. Christ, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services; et al.,<br><br>Defendants. | Case No. 4:20-cv-484-JAS<br><br>**ORDER REGARDING DEFENDANTS' REQUEST FOR DIRECTION AND MOTION TO POSTPONE [DOC. 63]** |

Having considered Defendants' request/motion appearing at Doc. 63 and Plaintiffs' response appearing at Doc. 66:

**IT IS HEREBY ORDERED** as follows:

1. The stay on the deadline for Defendants to file a reply as to their original motion to dismiss (Doc. 56) is **lifted**;

2. The request/motion at Doc. 63 is **denied as moot**; the Court previously (and currently) is giving directives to the parties on how to proceed.

3. The new deadline for Defendants to file a reply regarding the motion to dismiss shall be **May 26, 2021**.

Dated this 19th day of May, 2021.

Honorable James A. Soto
United States District Judge