MARK BRNOVICH
ARIZONA ATTORNEY GENERAL
Firm State Bar #14000
Patricia Cracchiolo LaMagna, Bar #021880
Aubrey Joy Corcoran, Bar #025423
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004
Tel.: (602) 542-8854
Fax: (602) 542-8308
EducationHealth@azag.gov

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Dana M. Keene, Bar #033619
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Tel.: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
dkeene@strucklove.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| D.T., a minor, by and through his parent and next friend Lizette Trujillo, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Dr. Cara M. Christ, et al., <br><br> Defendants. | NO. 4:20-cv-00484-JAS <br><br> **DEFENDANTS' NOTICE OF PARTY SUBSTITUTION AND MOTION TO AMEND CAPTION** |

Counsel for Defendants give notice that Dr. Cara Christ resigned from the Arizona Department of Health Services ("ADHS") on August 27, 2021. Don Herrington has been selected to be the Interim Director of ADHS. Because Dr. Christ was named in her official capacity only, Interim Director Herrington is automatically substituted as the party Defendant. *See* Fed. R. Civ. P. 25(d).

1  In addition, Plaintiffs have voluntarily dismissed the claims by Plaintiffs D.T. and Jane Doe and the claims against Defendants Thomas Salow and Krystal Colburn. (Dkt. 66 at 4, 6.)

Accordingly, Defendants request that the caption in this matter be amended to state: "Helen Roe, a minor, by and through her parent and next friend Megan Roe; James Poe, a minor, by and through his parent and next friend Laura Poe; and Carl Voe, a minor, by and through his parent and next friend Rachel Voe, Plaintiffs v. Don Herrington, in his official capacity as Interim State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, Defendant."

DATED this 10th day of September, 2021.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By   /s/ Nicholas D. Acedo
Daniel P. Struck
Nicholas D. Acedo
Dana M. Keene
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

MARK BRNOVICH
ATTORNEY GENERAL
Patricia Cracchiolo LaMagna
Aubrey Joy Corcoran

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Asaf Orr | aorr@nclrights.org |
| Barrett J. Anderson | banderson@cooley.com |
| Colin M. Proksel | cproksel@omlaw.com |
| Mary R. O'Grady | mogrady@omlaw.com |
| Patrick P. Gunn | pgunn@cooley.com |
| Payslie M. Bowman | pbowman@omlaw.com |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo