**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| HELEN ROE, a minor, by and through her parent and next friend MEGAN ROE; JAMES POE, a minor, by and through his parent and next friend LAURA POE; AND CARL VOE, a minor by and though his parent and next friend RACHEL VOE,<br><br>Plaintiffs,<br><br>v.<br><br>DON HERRINGTON, in his official capacity as Interim State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services,<br><br>Defendant. | Case No. 4:20-cv-00484-JAS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS AND PROPOSED CLASS** |

The Court, having reviewed Asaf Orr's Motion (Doc. 176) to Withdraw as Counsel for Plaintiffs and the Proposed Class, and good cause appearing,

IT IS ORDERED that Asaf Orr's Motion is GRANTED.

Dated this 3rd day of February, 2023

Honorable James A. Soto
United States District Judge