# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, et al., | No. CV-20-00484-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Don Herrington, | |
| Defendant. | |

The Court shall hold oral arguments on Plaintiffs' motion for class certification on **Thursday, June 8, 2023 at 1:30 p.m. in Courtroom 6A at the Evo A. DeConcini U.S. Courthouse at 405 West Congress Street, Tucson, AZ 85701**.  <u>If any counsel is unable to appear in person, counsel shall file a motion to appear telephonically by no later than Tuesday, June 6, 2023</u>.[1]

Dated this 22nd day of May, 2023.

Honorable James A. Soto
United States District Judge

---

[1] The Court will issue one order on June 7, 2023 granting all pending motions to appear telephonically.