1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                    **FOR THE DISTRICT OF ARIZONA**
8

Helen Roe, a minor, by and through her        Case No. 4:20-cv-484-JAS
parent and next friend Megan Roe; James
Poe, a minor, by and through his parent and   **ORDER EXTENDING REMAINING CASE**
next friend Laura Poe; and Carl Voe, a        **DEADLINES**
minor, by and through his parent and next
friend, Rachel Voe,

                    Plaintiffs,

          v.

Don Herrington, in his official capacity as
Interim State Registrar of Vital Records and
Interim Director of the Arizona Department
of Health Services,

                    Defendant.

The Court **HEREBY ORDERS** as follows:

1.  The Parties' Joint Stipulation (Doc. 215) is granted; and

2.  The remaining case deadlines are amended as follows:

    a)  Plaintiffs shall disclose the information requested in Defendant's subpoenas as to Plaintiffs' experts (Doctors Shumer and Ettner) by no later than **9/8/23**;

    b)  Based on the newly disclosed information as to Doctors Shumer and Ettner, Defendant has leave to conduct any supplemental depositions of Doctors Shumer and Ettner by no later than **9/22/23**;

    c)  Summary judgment motions are due no later than **10/25/23**; and

d) The joint pretrial order ("PTO") is due by no later than **11/21/23**, but, when and if a summary judgment motion is filed, the PTO shall be due 30 days after any non-dispositive summary judgment rulings.

**IT IS SO ORDERED**.

Dated this 16th day of August, 2023.

Honorable James A. Soto
United States District Judge