**Exhibit 28**
**FILED UNDER SEAL**

# Exhibit 29
# FILED UNDER SEAL

# Exhibit 30
# FILED UNDER SEAL

# EXHIBIT 31



Travel.State.Gov > U.S. Passports > Need a Passport > Selecting your Gender Marker

Share this page: 🖨 Print  ✉ Email  f Facebook  🐦 Twitter

**Apply in Person for a Passport**

**Apply for a Child Under 16**

**Applying as a 16 or 17 Year Old**

**Get My Application Status**

**What is a Passport Card?**

**Respond to a Letter or Email**

**Apply Outside the United States**

**Selecting your Gender Marker**

**Crossing the U.S. - Mexico Border by Land**

### Selecting your Gender Marker

You can select the gender marker you would like printed on your U.S. passport. The gender you select does not need to match the gender on your supporting documentation such as a birth certificate, previous passport, or state ID. We no longer require medical documentation to change the gender marker on your U.S. passport.

You can select male (M), female (F), or unspecified or another gender identity (X) as your gender marker if you are applying for a U.S. passport book or passport card. You can apply in person or renew by mail for routine or expedited service.

Beginning in late 2023, you will be able to select X as a marker if you are applying for a Consular Report of Birth Abroad.

We recommend you use our Form Filler if you are requesting a passport with an X gender marker. If you are having technical issues with the Form Filler, you can download the PDF version of your form.



**FIND LOCATION TO APPLY**



This image provides an example of how you can select your gender marker on a U.S. passport form.

ALL +/−

### Frequently Asked Questions

Do I need to apply for an X gender marker using Form DS-11?    ⊖

Visit our Passport Forms page for more information about which form you should use. Children under age 16 must always apply in person with both parents or legal guardians.

### Do I need to submit medical documentation to change my gender?

You do not need to provide any documentation (medical or other) to change your gender, even if the gender you select on the application does not match the gender on your previous passport or other documents. Follow the steps listed on our Apply in Person page.

We recommend you use our Form Filler if you are requesting a passport with an X gender marker. If you are having technical issues with the Form Filler, you can download the PDF version of your form.

### How do I replace my limited-validity passport issued during a gender transition?

Under our previous passport policies, if you were in the process of transitioning to a new gender when you applied for your passport, you may have received a limited-validity passport (issued for less than the full validity period of 10 years for those 16 and older and five years for children under 16). We no longer require medical documentation or a physician's letter as evidence of a gender transition.

To replace a limited-validity passport with a full-validity passport in this situation, submit Form DS-5504. To use this form, you must apply within two years of your previous passport's issuance date. You do not have to pay fees unless you are requesting optional, expedited service. If your limited-validity passport was issued more than two years ago, follow the steps on our Apply In Person page and use Form DS-11.

We recommend you use our Form Filler if you are requesting a passport with an X gender marker. If you are having technical issues with the Form Filler, you can download the PDF version of your form.

### Why did the U.S. Department of State add the X gender marker for U.S. passport applicants?

We are committed to promoting the freedom, dignity, and equality of all people – including LGBTQI+ individuals.

We are taking further steps toward demonstrating this commitment to better serve all U.S. citizens, regardless of gender identity. You can now self-select the gender you want printed on your U.S. passport. The X gender marker is now available for customers applying for both passport books and passport cards.

### Is it safe to travel on a X gender marker passport?

For travel information regarding the safety and security of the country you wish to visit, see our LGBTQI+ Travelers' Page.

### What does it mean to self-certify or self-select my gender?

It means you can select the gender you would like us to print on your U.S. passport, by selecting male (M), female (F), or unspecified or another gender identity (X). You no longer need to provide medical certification or a physician's letter if the gender marker you select for your U.S. passport does not match the gender on your citizenship evidence or photo ID. Your citizenship evidence or identification document does not need to match the gender you are requesting.

**Do I need to have the gender on my birth certificate and/or driver's license changed before I can get it changed on my passport?**

No. The gender on your citizenship evidence and photo ID does not have to match the gender you select on your passport application. However, the photo you submit with your passport application must look similar to the photo on your ID. Learn more about Passport Photos before you apply.

**How do I update the gender on a passport for my child?**

The requirements to update your child's gender are the same as the requirements for an adult. Both parents or legal guardians must provide consent when applying for a child under age 16.

**Do I have to submit a new photo when applying for a passport?**

Yes. Your new photo must look similar to your current appearance and meet our passport photo requirements.

**If I have a court order approving a change in my gender, do I need to submit that with my application?**

Not unless it also documents a name change. A court order approving a change in gender is not a requirement to apply for a U.S. passport.

**I followed the requirements on this page, but I got a letter requesting more information. What do I do now?**

Please follow the instructions in the letter. If you have further questions, go to our Respond to a Letter or Email page or contact the National Passport Information Center at 1-877-487-2778/ 1-888-874-7793 (TDD/TTY).

**What if I want to change my name in my U.S. passport?**

You may change or correct a passport by following the steps provided on our website.

**If I identify neither as male nor female, or I have a birth certificate, driver's license, court order or other documents in a non-binary gender, can I have a passport issued with a non-binary gender marker or no gender marker?**

At this time, you can select X as your gender marker when applying for both a passport book and passport card. In late 2023, after additional forms and IT systems are updated, X gender markers will be available on Consular Reports of Birth Abroad (CRBAs).

### I had a bad customer experience. How can I complain?

To make a complaint, submit your feedback online through our Customer Survey.

Last Updated: September 9, 2023

## Travel.State.Gov

Travel.State.Gov
U.S. Passports
International Travel
U.S. Visas
Intercountry Adoption
International Parental Child Abduction
Records and Authentications

## Popular Links

Home
Travel Advisories
Newsroom
About Us
Contact Us
Careers
MyTravelGov
Find U.S. Embassies & Consulates

## Stay Connected

## Legal Resources

Legal Information
Info for U.S. Law Enforcement

Privacy | Copyright & Disclaimer | FOIA | No FEAR Act Data | Office of the Inspector General | USA.gov | USA.gov/espanol |

This site is managed by the U.S. Department of State. External links to other Internet sites and listings of private entities on this page are provided as a convenience and should not be construed as the U.S. Department of State or U.S. government endorsement of the entity, its views, the products or services it provides, or the accuracy of information contained therein. The order in which names appear has no significance, and the listings or links may be removed at any time at the discretion of the Department.

**EXHIBIT 32**

 (i) What should I do if I get a call claiming there's a problem with my Social Security number or account?

 An official website of the United States government  Here's how you know ✓

## Social Security    Benefits ⌄    Medicare ⌄    Card & record ⌄    [ Searc 🔍 ]    Español | Account

### Gender Identity (En español)

## How do I change the sex identification on my Social Security record?

To change the sex identification on your Social Security record, you do not need to provide medical or legal evidence of your sex designation.

You will need to provide evidence to prove your identity, and sometimes citizenship or immigration status. The sex identification, if shown on your evidence document, can be binary (male or female) or non-binary (such as X). The sex identification does not have to match the sex identification currently on your Social Security record, or the sex identification you request.

Currently, our record systems require a sex designation of female or male, and cannot accommodate a non-binary or unspecified sex designation, such as X. We are examining ways to address this in the future.

### Get A New, Replacement Or Corrected Card

| 1 | 2 | 3 |
| --- | --- | --- |
| **LEARN** what documents you need | **FILL OUT & PRINT** an application | **TAKE OR MAIL** this information to us |

❗ **Important:** All documents must be either originals or copies certified by the issuing agency. We can't accept photocopies or notarized copies of documents. We'll return any documents you mail to us, along with a receipt.

| Support | Languages | Services for | About |
| --- | --- | --- | --- |
| Contact us | Español | Employers & businesses | About SSA |
| Find an office | Other languages | Representatives | Communications |
| Forms | Plain language | Government agencies | Careers |
| Publications | | Other groups | Initiatives |

Report Fraud

Research & policy

Financial Reports



SSA.gov
**An official website of the Social Security Administration.** Produced and published at taxpayer expense.

   

Accessibility support

FOIA requests

Office of the Inspector General

Performance reports

Privacy policy

Civil Rights/Compliance

Office of the Chief Actuary

Looking for U.S. government information and services? **Visit USA.gov**



**EXHIBIT 33**

Case 4:20-cv-00484-JAS   Document 338-12   Filed 11/17/23   Page 13 of 25



**Need help? Ask Emma**


**U.S. Citizenship and Immigration Services**

MENU

Home > Newsroom > All News > Alerts > USCIS Updates Policy Guidance on Self-Selecting a Gender Marker on Forms and Documents

# USCIS Updates Policy Guidance on Self-Selecting a Gender Marker on Forms and Documents

Release Date : 03/31/2023

U.S. Citizenship and Immigration Services is updating policy guidance in the USCIS Policy Manual to clarify that, effective immediately, USCIS will accept the self-identified gender marker for individuals requesting immigration benefits. The gender marker they select does not need to match the gender marker indicated on their supporting documentation.

The update also clarifies that people requesting benefits do not need to submit proof of their gender identity when submitting a request to change their gender marker, except for those submitting Form N-565, Application for Replacement Naturalization/Citizenship Document. The guidance in this Policy Manual section does not currently apply to Form N-565, and individuals submitting this form must continue to follow the form instructions. See 8 CFR 103.2(a)(1).

Benefit requestors seeking to change their gender marker after their initial filing should refer to the Updating or Correcting Your Documents webpage. Currently, the only gender markers available are "Male" (M) or "Female" (F). The U.S. Department of Homeland Security (DHS) is working on options to include an additional gender marker ("X") for another or unspecified gender identity. USCIS will update its forms and the Policy Manual accordingly.

In April 2021, DHS published a Request for Public Input seeking the public's feedback on barriers to USCIS benefits and services. Responses to this request indicated that the evidentiary requirements associated with gender marker changes created barriers for individuals requesting immigration benefits. Through subsequent listening sessions with DHS, stakeholders have further highlighted how this policy change will remove barriers and reduce burdens for applicants and petitioners, in accordance with President Biden's Executive Order 14012, Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans. In addition, this furthers DHS efforts under Executive Order 13988, Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation, and Executive Order 14091, Further Advancing Racial Equity and Support for Underserved Communities Through the Federal Government.

The new guidance can be found in the USCIS Policy Manual. Visit the Policy Manual Feedback page to comment on this update. USCIS welcomes feedback on this guidance and will consider any comments received in future updates.

Last Reviewed/Updated: 03/31/2023

Case 4:20-cv-00484-JAS Document 338-12 Filed 11/17/23 Page 14 of 25



# EXHIBIT 34

**ADOT**
Motor Vehicle Division

**POLICY**
4.1.1

## CUSTOMER RECORDS

**Summary of Changes**

Standard work/procedure has been removed from the policy and updates have been made to reflect the new MAX System.

**Purpose**

Information regarding the Customer Database and to establish guidelines for Customer Record requirements.

**Authority**

Administrative Revision April 20, 2020, A.R.S. §§ 28-2132, 28-2133, 28-2134, 28-3158, 28-3165, and 28-3166.

**Policy**

A. The Customer Database stores information for all customers conducting business with the Division. Each customer is assigned a customer record. Since the Division does business with different types of customers, the Division assigns either an individual or organization customer record.

B. Customer Records are required in order to:

   1. Issue a:

      a. License (driver license, commercial driver license, identification license, and/or instruction permit).
      b. Arizona Certificate of Title (electronic/paper).
      c. Registration (electronic/paper).
      d. Disability Placard.
      e. Other services as identified.

   2. Record:

      a. A Characteristic.
      b. A citation.
      c. A fee paid.
      d. A withdrawal action.
      e. An out-of-state vision screening and/or road test results.
      f. Physical attributes and any identifying information as deemed necessary.

C. The Customer Number is a unique system generated number associated to every customer record in the system. There may be other identifications that are associated to the customer record that may also have a unique identifier, such as a driver license number, a social security number, and EIN, etc.

D. Characteristics may be applied to both individual and organization customer records. A characteristic may be permanently or temporarily recorded on the customer record and are

PR_ADOT_000011

Customer Records
Page 2 of 3

used to designate or allow certain restrictions or privileges the individual or organization customer may have when doing business with the Division.

E.  An individual customer record will contain different types of information that determines the customer level and controls the services a customer may complete. For a customer to conduct services with the Division they must be a minimum of a Level 3 Customer. The following describes necessary information required to make a customer a Level 3 Customer.

1.  Requirements for an Individual Customer:

a.  Last Name.
b.  Date of Birth.
c.  Residential Address.
d.  One of the following qualifying identifications:

i.   Alien Registration Number.
ii.  Arizona Credential Number (Driver License or Identification Card).
iii. Form I-94.
iv.  Immigration and Naturalization Service Number (INS#).
v.   Other Identification Number (OIN) (restrictions apply).
vi.  Out of State Credential.
vii. Social Security Number.
viii. Student and Exchange Visitor Information System (SEVIS) Number.
ix.  U.S. Passport Number.
x.   U.S. Visa Number.

2.  Requirements for an Organization Customer:

a.  Organization Name.
b.  Commercial Address.
c.  One of the following qualifying identifications:

i.   Employer Identification Number (EIN).
ii.  International tax Identification Number (ITIN).
iii. Other Identification Number (OIN) (restrictions apply).
iv.  Tax Identification Number (TIN).

F.  An Other Identification Number (OIN) is a system generated unique identifier that will make a customer a Level 3 Customer when no other identification is available and there is a reasonable confidence the customer is who they say they are.

G.  A customer may request that the gender noted on the individual customer record be changed. To accomplish this change, the customer must apply for a new license (duplicate). It is *not* necessary for the customer to have completed the surgical gender-change procedure. An amended Arizona birth certificate reflecting the gender change or a signed statement from a licensed physician is required. The signed statement must:

1.  Include a statement to the effect that the customer is irrevocably committed to the gender-change process.
2.  Include the physician's license number.
3.  Be presented within three months from the date the statement was signed by the physician.

PR_ADOT_000012

Customer Records
Page 3 of 3

PR_ADOT_000013

# EXHIBIT 35

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| HELEN ROE, a minor, by and through her parent and next friend MEGAN ROE; JAMES POE, a minor, by and through his parent and next friend LAURA POE; AND CARL VOE, a minor by and though his parent and next friend RACHEL VOE, <br><br> Plaintiffs, <br><br> v. <br><br> DON HERRINGTON, in his official capacity as Interim State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, <br><br> Defendant. | Case No. 4:20-cv-484-JAS <br><br> **ARIZONA DEPARTMENT OF TRANSPORTATION'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |

PROPOUNDING PARTY:        PLAINTIFFS HELEN ROE, ET. AL.

RESPONDING PARTY:         ARIZONA DEPARTMENT OF TRANSPORTATION

SET NUMBER:               ONE

Pursuant to Federal Rule of Civil Procedure 33, the Arizona Department of Transportation ("ADOT") responds as follows to Plaintiffs' First Set of Interrogatories:

**INTERROGATORY NO. 1:**

List and explain the types of records ADOT creates and maintains that list a customer's sex, including but not limited to ADOT records.

**RESPONSE TO INTERROGATORY NO. 1:**

ADOT-MVD records that list a customer's sex consist of the following:

1) Driver license and identification card applications - these are the documents (can be electronic or hard copy) an applicant for a driver license or identification card must submit to the department in order to be issued the credential.

2) Driver licenses and identification cards - these are the physical or electronic credentials issued to an applicant for driver license or identification card upon successful application.

3) Motor vehicle record - this is the electronic customer record ADOT-MVD keeps of a customer's account and history.

**INTERROGATORY NO. 2:**

List and explain ADOT's policies, procedures, and practices related to how a transgender person can request to Change the sex listed on ADOT Records, including but not limited to MVD Policy 3.1.1.

**RESPONSE TO INTERROGATORY NO. 2:**

A person can request to change the sex listed on ADOT-MVD records through the processes listed in MVD Policy 4.1.1(G)-(H) (formerly 3.1.1(Q)). There is no other mechanism by which a person may change the sex listed on ADOT-MVD records.

**INTERROGATORY NO. 3:**

Describe and explain how ADOT currently applies, implements, or otherwise enforces Subsection Q of MVD Policy 3.1.1 to Change the sex listed on a customer's ADOT Records,

- 2 -

ADOT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES

including the provision that "[i]t is *not* necessary for the customer to have completed the surgical gender-change procedure" for that customer to "request that the gender noted on the record be changed."

**RESPONSE TO INTERROGATORY NO. 3:**

For a person whose record shows a sex they would like to change, the person must apply for a new license and provide an amended birth certificate reflecting the change or a signed statement from a licensed physician that:

1) Includes a statement from the physician confirming that the customer is irrevocably committed to the gender-change process.

2) Includes the physician's license number.

3) Is presented to ADOT-MVD within three months from the date the statement was signed by the physician.

For a person who does not yet have a motor vehicle record at the time of initial application the customer must provide a primary identification document that accurately reflects the sex of the applicant at the time of application or a signed statement from a licensed physician that:

1) Includes a statement from the physician confirming that the customer is irrevocably committed to the gender-change process.

2) Includes the physician's license number.

3) Is presented to ADOT-MVD within three months from the date the statement was signed by the physician.

**INTERROGATORY NO. 4:**

Describe and explain how ADOT Promulgated Subsection Q from its inception to the present, including any versions or revisions ADOT proposed or considered but did not adopt.

**RESPONSE TO INTERROGATORY NO. 4:**

Paragraph Q of MVD policy 3.1.1 existed as of 2005, but ADOT-MVD has no records prior to 2005 that show when Paragraph Q was established. In its original version, it only allowed for a doctor's statement to be presented attesting to the customer's commitment to the gender change process. It was subsequently amended in 2016 to allow for an amended Arizona birth

- 3 -

certificate to be presented to change the gender on a customer's record. It was further amended in 2021 to allow for any amended birth certificate to be presented to change the gender on a customer's record. The policy has had changes to other sections that are unrelated to the gender change process. Notably, it was amended in 2020 to change the policy number to 4.1.1 to match current ADOT-MVD policy numbering conventions. There are no staff members still employed by ADOT-MVD who were involved in the promulgation of Subsection Q, and ADOT-MVD has no records that explain the bases for its inclusion in the policy. ADOT-MVD has no records of any proposed but unadopted revisions.

**INTERROGATORY NO. 5:**

List and explain any material or information that ADOT relied on or considered when it Promulgated Subsection Q from its inception to the present, including but not limited to any Documents, oral or written testimony, internal or external communications or commentary, and any other oral or written evidence.

**RESPONSE TO INTERROGATORY NO. 5:**

ADOT-MVD does not have any record of materials relied upon or considered when it promulgated Subsection Q or any of its revisions. ADOT-MVD policies are adopted without public input, and there is no existing evidence of any internal or external commentary or communication that led to Subsection Q's promulgation or amendment.

**INTERROGATORY NO. 6:**

List and explain ADOT's reasons for Promulgating Subsection Q from its inception to the present.

**RESPONSE TO INTERROGATORY NO. 6:**

As there is no written record, nor any current ADOT-MVD employee who was involved in the promulgation of Subsection Q, ADOT-MVD cannot identify the reasons Subsection Q was originally promulgated. Subsequent revisions to allow for the use of an amended Arizona birth certificate (2016) and amended birth certificates from other jurisdictions (2021) were included to allow for an easier and more convenient customer experience.

**INTERROGATORY NO. 7:**

- 4 -

Explain what, if any, governmental interests or justifications ADOT believes Subsection Q advances and how ADOT believes subsection Q furthers those interests or justifications.

**RESPONSE TO INTERROGATORY NO. 7:**

ADOT-MVD is responsible for establishing and asserting identity. ADOT-MVD's interest is in ensuring that a customer using ADOT-MVD's identification credentials can accurately assert their identity and that a reliant party can validate an individual's identity. Though ADOT-MVD does not have any records or information indicating what government interests or justifications, if any, were considered at the time Subsection Q was promulgated, Subsection Q and its revisions are beneficial in aiding ADOT-MVD's efforts to provide accurate credentials for the benefit of customers and other stakeholders. ADOT-MVD has not identified any operational necessity to change Subsection Q, thus it has not done so.

**RESPONSE TO INTERROGATORY NO. 8:**

List the number of requests ADOT receives per year from transgender people requesting to Change the sex listed on ADOT Records broken down per record type.

**RESPONSE TO INTERROGATORY NO. 8:**

ADOT-MVD does not have a way to aggregate data from transgender people who have requested to change their sex on ADOT-MVD records. ADOT-MVD can only provide the number of changes in sex from M-F, M-X, F-M, F-X, X-M, or X-F. The reasons for these changes include requests from transgender people to change their sex designation, but they also include changes required as a result of an error in the application or data entry process or changes as a result of a record being created without a gender designated at all, which account for the vast majority of the changes.

For a 12-month period ending April 7, 2023, the gender designation on 1,958 customer records changed.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: April 10, 2023

_____
Eric Jorgensen

- 5 -

**VERIFICATION OF ARIZONA DEPARTMENT OF TRANSPORTATION RELATING TO ITS RESPONSES TO PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS**

Pursuant to 28 U.S.C. § 1746, I, Eric Jorgensen, declare as follows:

I am employed by the Arizona Department of Transportation ("ADOT") as the Director of the Motor Vehicle Division. I am authorized on behalf of ADOT, and qualified to make this declaration as I am familiar with ADOT's recordkeeping practices and systems. The purpose of this Verification is to verify the following discovery responses:

1. ADOT's Responses to Plaintiffs' First Set of Interrogatories; and

2. ADOT's Responses to Plaintiffs' Subpoena Request for Production of Documents.

To the best of my knowledge, information, and belief the information contained in ADOT's Responses to Plaintiffs' First Set of Interrogatories is true and correct. Additionally, I certify that the documents produced in response to the subpoena served by Helen Roe, et. al. in the litigation captioned *Roe v. Herrington*, Case No. 4:20-cv-484-JAS (D. Ariz.) and stamped ADOT00000001 through ADOT00000032 are true and authentic copies of records maintained by ADOT.

As custodian of records, I further certify that the documents produced in response to the subpoena and stamped ADOT00000001 through ADOT00000032:

1. Were made at or near the time of the occurrence of the matters set forth therein by, or from information transmitted by, a person with knowledge of those matters;

2. Were kept in the course of ADOT's regularly conducted public office and business activities; and

3. Were made as a regular practice of ADOT's regularly conducted public office and business activities.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2023.

_____
Eric Jorgensen

- 6 -

ADOT'S RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES