1  Patrick Hayden (*Pro Hac Vice*)
   COOLEY LLP
2  55 Hudson Yards
   New York, New York 10001-2157
3  Telephone:   (212) 479-6000
   Facsimile:   (212) 479-6275
4  Email:       phayden@cooley.com

5  Mary R. O'Grady (011434)
   Colin M. Proksel (034133)
6  Payslie M. Bowman (035418)
   OSBORN MALEDON, P.A.
7  2929 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012
8  Telephone:   (602) 640-9000
   Facsimile:   (602) 640-9050
9  Email:       mogrady@omlaw.com
   Email:       cproksel@omlaw.com
10 Email:       pbowman@omlaw.com

11 *Attorneys for Plaintiffs and the Class*

12 Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, <br><br> Defendant. | Case No. 4:20-cv-00484-JAS <br><br> **JOINT STIPULATED BRIEFING SCHEDULE REGARDING REMEDY** |

1  Rachel Berg (*Pro Hac Vice*)
   NATIONAL CENTER FOR LESBIAN RIGHTS
2  870 Market Street, Suite 370
   San Francisco, California 94102
3  Telephone:   (415) 343-7679
   Facsimile:   (415) 392-8442
4  Email:       rberg@nclrights.org

5  Jessica Taylor (*Pro Hac Vice*)
   COOLEY LLP
6  10265 Science Center Drive
   San Diego, California 92121-1117
7  Telephone:   (858) 550-6000
   Facsimile:   (858) 550-6420
8  Email:       jtaylor@cooley.com

9  *Attorneys for Plaintiffs and the Class*

10

11 KRIS MAYES
   ATTORNEY GENERAL
12 (Firm Bar No. 14000)

13 Patricia Cracchiolo LaMagna (021880)
   Kelly Soldati (036727)
14 2005 N. Central Avenue
   Phoenix, Arizona 85004-1592
15 Telephone: (602) 542-8890
   Facsimile: (602) 364-0700
16 Email: Patricia.Lamagna@azag.gov
   Email: kelly.soldati@azag.gov
17
   Daniel P. Struck (012377)
18 Nicholas D. Acedo (021644)
   Dana M. Keene (033619)
19 STRUCK LOVE BOJANOWSKI & ACEDO, PLC
   3100 West Ray Road, Suite 300
20 Chandler, Arizona 85226
   Telephone: (480) 420-1600
21 Email: dstruck@strucklove.com
   Email: nacedo@strucklove.com
22 Email: dkeene@strucklove.com

23 *Attorneys for Defendant*

24

25

26

27

28

**JOINT STIPULATED BRIEFING**
**SCHEDULE REGARDING REMEDY**
**CASE NO. 4:20-CV-00484-JAS**

1 | Pursuant to the Court's Order re: Joint Stipulation Regarding Briefing Schedule for Parties' Motions for Summary Judgment (ECF No. 228), Plaintiffs Helen Roe, James Poe, and Carl Voe and the Class they represent, and Defendant Jennie Cunico (collectively "the Parties") agree to the following schedule regarding Remedy Briefing.

- Plaintiffs shall file their opening motion requesting an appropriate remedy on January 15, 2025.
- Defendant shall file her opposition brief on January 29, 2025.
- Plaintiffs shall file their reply brief on February 12, 2025.

Dated this 19th day of September, 2024.

| OSBORN MALEDON, P.A. | KRIS MAYES<br>ATTORNEY GENERAL |
|---|---|
| s/Colin M. Proksel<br>Mary R. O'Grady<br>Colin M. Proksel<br>Payslie M. Bowman<br>OSBORN MALEDON, P.A.<br>2929 North Central Avenue, Suite 2000<br>Phoenix, Arizona 85012<br><br>Rachel Berg (*Pro Hac Vice*)<br>NATIONAL CENTER FOR LESBIAN RIGHTS<br>870 Market Street, Suite 370<br>San Francisco, California 94102<br><br>Patrick Hayden (*Pro Hac Vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, New York 10001-2157<br><br>Jessica L. Taylor (*Pro Hac Vice*)<br>COOLEY LLP<br>10265 Science Center Drive<br>San Diego, California 92121-1909<br><br>*Attorneys for Plaintiffs and the Class* | s/Patricia LaMagna (*with permission*)<br>Patricia Cracchiolo LaMagna<br>Kelly Soldati<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004-1592<br><br>STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br><br>s/Nicholas D. Acedo (*with permission*)<br>Daniel P. Struck<br>Nicholas D. Acedo<br>Dana M. Keene<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br><br>*Attorneys for Defendant* |