# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br>Plaintiffs, <br><br>v. <br><br>Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, <br><br>Defendant. | Case No. 4:20-cv-00484-JAS <br><br>**ORDER GRANTING JOINT STIPULATED BRIEFING SCHEDULE REGARDING REMEDY** |

Having considered the Joint Stipulated Briefing Schedule Regarding Remedy, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Joint Stipulated Briefing Schedule Regarding Remedy.

**IT IS FURTHER ORDERED** setting the below briefing schedule:

1. Plaintiffs shall file their opening motion requesting an appropriate remedy on January 15, 2025.

2. Defendant shall file her opposition brief on January 29, 2025.

3. Plaintiffs shall file their reply brief on February 12, 2025.

Dated this 20th day of September, 2024.

_____
Honorable James A. Soto
United States District Judge