# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, <br><br> Defendant. | Case No. 4:20-cv-00484-JAS <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND FINAL JUDGMENT** |

Having considered Plaintiffs' Motion for Permanent Injunction and Final Judgment (Dkt. No. 282),

**IT IS HEREBY ORDERED:**

1. The Motion is **GRANTED**. Defendant is permanently enjoined from requiring that a transgender individual first undergo a sex change operation as a prerequisite to changing the sex on their birth certificate through the private administrative process under Arizona Revised Statutes § 36-337(A)(3) and its implementing regulation, Arizona Administrative Code § R9-19-208(O).
2. Defendant must comply with the Court's orders in this case within 60 days.
3. The Court schedules a status conference in 60 days of this decision.
4. The Court **DIRECTS** the Clerk of Court to enter final judgment in Plaintiffs' favor.

-1-

1
2
      5.     The Court retains jurisdiction over this case to ensure Defendant complies with the Court's rulings.

3 **IT IS SO ORDERED.**

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28