Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275
Email:       phayden@cooley.com

Jessica Taylor (*Pro Hac Vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420
Email:       jtaylor@cooley.com

Mary O'Grady (011434)
Colin Proksel (034133)
Payslie Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793
Telephone:   (602) 640-9000
Facsimile:   (602) 640-9050
Email:       mogrady@omlaw.com
Email:       cproksel@omlaw.com
Email:       pbowman@omlaw.com

*Attorneys for Plaintiffs and the Class*

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services,<br><br>Defendant. | Case No. 4:20-cv-00484-JAS<br><br>**PLAINTIFFS' NOTICE OF MAILING PAPERS AND AUTHORITIES** |

1  Rachel Berg (*Pro Hac Vice*)
   NATIONAL CENTER FOR LESBIAN RIGHTS
2  870 Market Street, Suite 370
   San Francisco, California 94102
3  Telephone:   (415) 343-7679
   Facsimile:   (415) 392-8442
4  Email:       rberg@nclrights.org

5  *Attorneys for Plaintiffs and the Class*

Plaintiffs, by and through their respective counsel of record, hereby provide notice that they have complied with the Court's Case Management Order (Doc. 7) to provide Chambers with copies of filed papers and supporting authorities. On January 21, 2025, Plaintiffs sent a binder to Chambers via Federal Express containing Plaintiffs' Motion for Permanent Injunction and Final Judgment (Doc. 282) and related authorities.

Dated: January 21, 2025

OSBORN MALEDON, P.A.

s/*Payslie M. Bowman*
Mary R. O'Grady
Colin M. Proksel
Payslie M. Bowman
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102

Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157

Jessica L. Taylor (*Pro Hac Vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1909

*Attorneys for Plaintiffs and the Class*