KRISTIN K. MAYES
ARIZONA ATTORNEY GENERAL
Firm State Bar #14000
Patricia Cracchiolo LaMagna, Bar #021880
Kelly L. Soldati, Bar #036727
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004
Tel.: (602) 542-1610
Fax: (602) 364-0700
EducationHealth@azag.gov

STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Dana M. Keene, Bar #033619
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Tel.: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
dkeene@strucklove.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; James Poe, a minor, by and through his parent and next friend Laura Poe; and Carl Voe, a minor, by and through his parent and next friend, Rachel Voe,<br><br>Plaintiffs,<br><br>v.<br><br>Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services,<br><br>Defendant. | NO. 4:20-cv-00484-JAS<br><br>**APPLICATION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to LRCiv 83.3(b), attorneys Daniel P. Struck, Nicholas D. Acedo, and Dana M. Keene of the law firm Struck, Love, Bojanowski & Acedo, PLC, respectfully request to

be withdrawn as counsel of record for Defendant Jennie Cunico ("Defendant") in the above-captioned case.  Defendant will continue to be represented by Assistant Attorneys General Kelly L. Soldati and Patricia Cracchiolo LaMagna.  Defendant has consented in writing to this withdrawal through counsel, as indicated by signature of her counsel on the attached consent form.

The last known address and telephone number for Defendant is:

Jennie Cunico
Arizona Department of Health Services
150 North 18th Avenue
Phoenix, Arizona 85007
Telephone: (602) 542-1025

DATED this 23rd day of January, 2025.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By   /s/ Daniel P. Struck
   Daniel P. Struck
   Nicholas D. Acedo
   Dana M. Keene
   3100 West Ray Road, Suite 300
   Chandler, Arizona 85226

   KRISTIN K. MAYES
   ARIZONA ATTORNEY GENERAL
   Patricia Cracchiolo LaMagna
   Kelly L. Soldati
   Assistant Attorneys General
   1275 West Washington Street
   Phoenix, AZ 85007

   *Attorneys for Defendant*