1  KRISTIN K. MAYES
   ARIZONA ATTORNEY GENERAL
2  Firm State Bar #14000
   Patricia Cracchiolo LaMagna, Bar #021880
3  Kelly L. Soldati, Bar #036727
   Assistant Attorneys General
4  Education and Health Section
   2005 N. Central Avenue
5  Phoenix, Arizona 85004
   Tel.: (602) 542-1610
6  Fax: (602) 364-0700
   EducationHealth@azag.gov
7
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
8  Daniel P. Struck, Bar #012377
   Nicholas D. Acedo, Bar #021644
9  Dana M. Keene, Bar #033619
   3100 West Ray Road, Suite 300
10 Chandler, Arizona  85226
   Tel.: (480) 420-1600
11 dstruck@strucklove.com
   nacedo@strucklove.com
12 dkeene@strucklove.com

13 *Attorneys for Defendant*

14              **UNITED STATES DISTRICT COURT**

15                 **DISTRICT OF ARIZONA**

16 | Helen Roe, a minor, by and through her parent | NO. 4:20-cv-00484-JAS |
   and next friend Megan Roe; James Poe, a
17 minor, by and through his parent and next          **CONSENT RE: APPLICATION**
   friend Laura Poe; and Carl Voe, a minor, by          **FOR WITHDRAWAL OF**
18 and through his parent and next friend, Rachel              **COUNSEL**
   Voe,
19
                          Plaintiffs,
20
21              v.

22 Jennie Cunico, in her official capacity as State
   Registrar of Vital Records and Director of the
   Arizona Department of Health Services,
23
                          Defendant.
24
25         I, undersigned, acknowledge and consent to the withdrawal of Daniel P. Struck,

26 Nicholas D. Acedo, and Dana M. Keene as counsel for Defendant Jennie Cunico, in case

27 number 4:20-cv-00484-JAS before the United States District Court for the District of

28 Arizona.

                              1

DATED this 23rd day of January, 2025.

**KRISTIN K. MAYES**
**ARIZONA ATTORNEY GENERAL**

By /s/ Kelly L. Soldati (w/Permission)
Patricia Cracchiolo LaMagna
Kelly L. Soldati
Assistant Attorneys General
1275 West Washington Street
Phoenix, AZ 85007

*Attorneys for Defendant*