**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; James Poe, a minor, by and through his parent and next friend Laura Poe; and Carl Voe, a minor, by and through his parent and next friend, Rachel Voe,<br><br>            Plaintiffs,<br><br>    v.<br><br>Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services,<br><br>            Defendant | NO. 4:20-cv-00484-JAS<br><br>**ORDER GRANTING APPLICATION FOR WITHDRAWAL** |

The Court, having reviewed the Application for Withdrawal of Counsel. Client consent having been provided, and good cause appearing,

**IT IS ORDERED** granting the Application for Withdrawal.