1  Patrick Hayden (*Pro Hac Vice*)
   COOLEY LLP
2  55 Hudson Yards
   New York, New York 10001-2157
3  Telephone:  (212) 479-6000
   Facsimile:  (212) 479-6275
4  Email:      phayden@cooley.com

5  Jessica Taylor (*Pro Hac Vice*)
   COOLEY LLP
6  10265 Science Center Drive
   San Diego, California 92121-1117
7  Telephone:  (858) 550-6000
   Facsimile:  (858) 550-6420
8  Email:      jtaylor@cooley.com

9  Mary R. O'Grady (011434)
   Colin M. Proksel (034133)
10 Payslie M. Bowman (035418)
   OSBORN MALEDON, P.A.
11 2929 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2793
12 Telephone:  (602) 640-9000
   Facsimile:  (602) 640-9050
13 Email:      mogrady@omlaw.com
   Email:      cproksel@omlaw.com
14 Email:      pbowman@omlaw.com

15 *Attorneys for Plaintiffs and the Class*

16 Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., | Case No. 4:20-cv-00484-JAS |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF MAILING PAPERS AND AUTHORITIES** |
| v. | |
| Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, | |
| Defendant. | |

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone:   (415) 343-7679
Facsimile:   (415) 392-8442
Email:       rberg@nclrights.org

*Attorneys for Plaintiffs and the Class*

Plaintiffs, by and through their respective counsel of record, hereby provide notice that they have complied with the Court's Case Management Order (Doc. 7) to provide Chambers with copies of filed papers and supporting authorities. On February 12, 2025, Plaintiffs sent to Chambers via U.S. Mail Plaintiffs' Reply in Support of Motion for Permanent Injunction and Final Judgment (Doc. 290) and related authority.

Dated: February 12, 2025

OSBORN MALEDON, P.A.

s/*Payslie M. Bowman*
Mary R. O'Grady
Colin M. Proksel
Payslie M. Bowman
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2793

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102

Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157

Jessica L. Taylor (*Pro Hac Vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1909

*Attorneys for Plaintiffs and the Class*