# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, et al., | No. CV-20-00484-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Jennie Cunico, | |
| Defendant. | |

Upon review of the pertinent record and authority, the Arizona Legislature's motion for leave to file an *amici curiae* brief (Doc. 288) is granted; the proposed brief attached at Doc. 288-1 is officially filed. Plaintiffs shall file a response to the *amici curiae* brief by no later than 7/3/25; no replies are permitted. The Court shall hold oral arguments on Plaintiffs' motion for a permanent injunction and final judgment on 7/10/25 at 1:30 p.m. in Courtroom 6A. The parties and the *amici* shall be prepared to specifically support their positions to the Court and to specifically respond to the countervailing arguments of the opposing side.

Dated this 5th day of June, 2025.

Honorable James A. Soto
United States District Judge