Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157
Telephone:   (212) 479-6000
Facsimile:   (212) 479-6275
Email:       phayden@cooley.com

Jessica L. Taylor (*Pro Hac Vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420
Email:       phayden@cooley.com
Email:       jtaylor@cooley.com

Mary R. O'Grady (011434)
Colin M. Proksel (034133)
Payslie M. Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone:   (602) 640-9000
Facsimile:   (602) 640-9050
Email:       mogrady@omlaw.com
Email:       cproksel@omlaw.com
Email:       pbowman@omlaw.com

*Attorneys for Plaintiffs and the Class*

Additional counsel listed on following page

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, <br><br> Defendant. | Case No. 4:20-cv-00484-JAS <br><br> **PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND FINAL JUDGMENT** |

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone:  (415) 343-7679
Facsimile:   (415) 392-8442
Email:        rberg@nclrights.org

*Attorneys for Plaintiffs and the Class*

On June 5, 2025, the Court issued an order setting oral argument on Plaintiffs' Motion for Permanent Injunction and Final Judgment for July 10, 2025. (Dkt. 292.) Due to a scheduling conflict with Plaintiffs' counsel, Plaintiffs respectfully request that the Court reschedule the argument. Plaintiffs have conferred by email with counsel for Defendant Jennie Cunico and counsel for Amici Curiae President of the Arizona Senate Warren Petersen and Speaker of the Arizona House of Representatives Steve Montenegro. Defendant Cunico and Amici do not oppose this request. Counsel for all parties are available July 21–24, 2025 and August 6–8, 2025 and request that oral argument be scheduled on whichever date is most convenient for the Court.

Dated: June 11, 2025

OSBORN MALEDON, P.A.

 s/Payslie M. Bowman
Mary R. O'Grady
Colin M. Proksel
Payslie M. Bowman
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102

Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157

Jessica L. Taylor (*Pro Hac Vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1909

*Attorneys for Plaintiffs and the Class*