# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jennie Cunico, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, <br><br> Defendant. | Case No. 4:20-cv-00484-JAS <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT ON PLAINTIFFS' MOTION FOR PERMANENT INJUNCTION AND FINAL JUDGMENT** |

Having considered Plaintiffs' Unopposed Motion to Reschedule Oral Argument on Plaintiffs' Motion for Permanent Injunction and Final Judgment, and good cause appearing, **IT IS HEREBY ORDERED** granting the Motion.

**IT IS FURTHER ORDERED** resetting oral arguments on Plaintiffs' motion for a permanent injunction and final judgment to August 7, 2025 at 10:00 a.m. in Courtroom 6A.

Dated this 17th day of June, 2025.

Honorable James A. Soto
United States District Judge