1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

9 Lizette Trujillo, et al.,                    **NO. CV-20-00484-TUC-JAS**
10                     Plaintiffs,
                                              **JUDGMENT IN A CIVIL CASE**
11 v.

12 Cara M Christ, et al.,

13                     Defendants.

14

15       **Decision by Court.**   This action came for consideration before the Court.   The
16 issues have been considered and a decision has been rendered.

17       IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed
18 September 30, 2025, final judgment is entered in favor of Plaintiffs in accordance with
19 the Court's Order.

20

21                                        Debra D. Lucas
22                                        District Court Executive/Clerk of Court

23 September 30, 2025

24                                        s/ M. Espinoza
                                   By    Deputy Clerk
25

26

27

28