# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, et al., | No. CV-20-00484-TUC-JAS |
| Plaintiffs, | **ORDER** |
| v. | |
| Sheila Sjolander, | |
| Defendant. | |

Plaintiffs' motion (Doc. 312) is granted; the application for attorneys' fees and bill of costs is due by 12/15/25.

Dated this 10th day of October, 2025.

Honorable James A. Soto
United States District Judge