Justin D. Smith, Mo. Bar No. 63253*
Michael Martinich-Sauter, Mo. Bar No. 66065
James Otis Law Group, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com

*Attorneys for Proposed Intervenors President Petersen and Speaker Montenegro*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through parent and next friend Megan Roe, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, <br><br>Defendant. | Case No. 4:20-cv-00484-JAS <br><br>**Notice of Appeal** |

EXHIBIT B

Pursuant to Federal Rule of Appellate Procedure 3(a), Intervenor-Defendants President of the Arizona State Senate Warren Petersen and Speaker of the Arizona House of Representatives Steve Montenegro hereby appeal to the U.S. Court of Appeals for the Ninth Circuit the Court's September 30, 2025 Final Judgment entered in favor of Plaintiffs. *See* Doc. 311.  This appeal "encompasses all orders that, for purposes of appeal, merge into the designated judgment," including the Court's September 30, 2025 Order granting a permanent injunction in favor of Plaintiffs (Doc. 310), the Court's August 20, 2024 Order granting summary judgment in favor of Plaintiffs (Doc. 279), and all other adverse orders, rulings, decisions, opinions, or findings which merge into the Final Judgment.  *See* FED. R. APP. P. (3)(c)(4).

Dated: October 30, 2025                               Respectfully submitted,

                                           JAMES OTIS LAW GROUP, LLC

                                           */s/*
                                           Justin D. Smith, Mo. Bar No. 63253*
                                           Michael Martinich-Sauter, Mo. Bar No. 66065
                                           530 Maryville Centre Drive, Suite 230
                                           St. Louis, Missouri 63141
                                           (816) 678-2103
                                           Justin.Smith@james-otis.com
                                           * *pro hac vice*

                                           *Attorneys for Proposed Intervenors*
                                           *President Petersen and Speaker Montenegro*

## CERTIFICATE OF SERVICE

I hereby certify that, on October 30, 2025, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

                                                              */s/*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF Arizona

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:20-cv-00484-JAS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 11/04/2020

Date of judgment or order you are appealing: 09/30/2025

Docket entry number of judgment or order you are appealing: 311, 310, 279

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
● Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Intervenor-Defendants President of the Arizona State Senate Warren Petersen and Speaker of the Arizona House of Representatives Steve Montenegro

Is this a cross-appeal? ○ Yes  ● No
If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes  ● No
If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:   State:   Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**   Date 10/30/2025

*Complete and file with the attached representation statement in the U.S. District Court*
Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> (see attached)

Name(s) of counsel (if any):

> (see attached)

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> (see attached)

Name(s) of counsel (if any):

> (see attached)

Address:

Telephone number(s):

Email(s):

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

---

**Form 6**                                  1                                  New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                          2                         *New 12/01/2018*

**List of Appellants**

Intervenor-Defendants-Appellants:

- President of the Arizona State Senate Warren Petersen
- Speaker of the Arizona House of Representatives Steve Montenegro

*Attorneys for Intervenor-Defendants:*

Justin D. Smith
Michael C. Martinich-Sauter
James Otis Law Group, LLC
530 Maryville Centre Drive
Suite 230
St. Louis, Missouri 63141
(816) 678-2103
justin.smith@james-otis.com
michael.martinich-sauter@james-otis.com


**List of Appellees**

Plaintiffs-Appellees:

- Helen Roe, a minor, by and through parent and next friend Megan Roe
- James Poe, a minor, by and through parent and next friend Laura Poe
- Carl Voe, a minor, by and through parent and next friend Rachel Voe

*Attorneys for Plaintiffs and the Class:*

| | |
|---|---|
| Jessica L. Taylor | Patrick Hayden |
| COOLEY LLP | COOLEY LLP |
| 10265 Science Center Drive | 55 Hudson Yards |
| San Diego, California 92121 | New York, New York 10001 |
| (858) 550-6000 | (212) 479-6000 |
| jtaylor@cooley.com | phayden@cooley.com |

| | |
|---|---|
| Mary O'Grady | Rachel Berg |
| Colin M. Proksel | NATIONAL CENTER FOR LESBIAN RIGHTS |
| Payslie M. Bowman | 870 Market Street, Suite 370 |
| OSBORN MALEDON, P.A. | San Francisco, California 94102 |
| 2929 North Central Avenue, 21st Floor | (415) 343-7679 |
| Phoenix, Arizona 85012 | rberg@nclrights.org |
| (602) 640-9000 | |
| mogrady@omlaw.com | |
| cproksel@omlaw.com | |
| pbowman@omlaw.com | |

<u>Defendant-Appellee:</u>

- Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services

*Attorneys for Defendant:*

Kristin K. Mayes
*Attorney General*
Nathan T. Arrowsmith
Lauren A. Watford
Patricia Cracchiolo LaMagna
Kelly L Soldati
*Assistant Attorneys General*
OFFICE OF THE ARIZONA ATTORNEY GENERAL
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
nathan.arrowsmith@azag.gov
lauren.watford@azag.gov
acl@azag.gov
educationhealth@azag.gov

2