Justin D. Smith, Mo. Bar No. 63253*
Michael Martinich-Sauter, Mo. Bar No. 66065
James Otis Law Group, LLC
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
(816) 678-2103
Justin.Smith@james-otis.com

*Attorneys for Proposed Intervenors President Petersen and Speaker Montenegro*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through parent and next friend Megan Roe, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, <br><br> Defendant. | Case No. 4:20-cv-00484-JAS <br><br> **[Proposed] Order on Motion to Intervene Post-Judgment** |

Before the Court is the Motion to Intervene Post-Judgment as Defendants by Arizona State Senate President Warren Petersen and Speaker of the Arizona House of Representatives Steve Montenegro. Having considered the Motion, and good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**. The proposed intervenors are hereby permitted to intervene as of right for purposes of appeal.