**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Patricia Cracchiolo LaMagna (Bar No. 021880)
Kelly L. Soldati (Bar No. 036727)
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004
Tel.: (602) 542-1610
Fax: (602) 364-0700
EducationHealth@azag.gov

Nathan T. Arrowsmith (Bar No. 031165)
Lauren A. Watford (Bar No. 037346)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Lauren.Watford@azag.gov
ACL@azag.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, <br><br> Defendant. | No. 4:20-cv-00484-JAS <br><br><br> **NOTICE OF APPEAL** |

Defendant Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment (Doc. 311) entered on September 30, 2025. Defendant's Representation Statement, required by Ninth Circuit Rule 3-2(b), is attached to this Notice as Exhibit A.

RESPECTFULLY SUBMITTED this 30th day of October, 2025.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By /s/ Nathan T. Arrowsmith
Patricia Cracchiolo LaMagna
Kelly L. Soldati
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004

Nathan T. Arrowsmith
Lauren A. Watford
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592

*Attorneys for Defendant*