# Exhibit A - Defendant's Representation Statement

**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Patricia Cracchiolo LaMagna (Bar No. 021880)
Kelly L. Soldati (Bar No. 036727)
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004
Tel.: (602) 542-1610
Fax: (602) 364-0700
EducationHealth@azag.gov

Nathan T. Arrowsmith (Bar No. 031165)
Lauren A. Watford (Bar No. 037346)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Lauren.Watford@azag.gov
ACL@azag.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, <br><br> Defendant. | No. 4:20-cv-00484-JAS <br><br> **REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, provides the following list of the parties to this action, and identifies their counsel by name, firm, address, telephone number, and email address.

**Attorneys for Plaintiffs/Appellees Helen Roe, a minor, by and through her parent and next friend Megan Roe; James Poe, a minor, by and through his parent and next friend Laura Poe; and Carl Voe, a minor, by and through his parent and next friend, Rachel Voe:**

Patrick Hayden (Pro Hac Vice)
Cooley LLP
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: phayden@cooley.com

Jessica Taylor (Pro Hac Vice)
Cooley LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: jtaylor@cooley.com

Mary O'Grady (011434)
Colin Proksel (034133)
Payslie Bowman (035418)
Osborn Maledon, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: mogrady@omlaw.com
Email: cproksel@omlaw.com
Email: pbowman@omlaw.com

Rachel Berg (Pro Hac Vice)
National Center for Lesbian Rights
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: rberg@nclrights.org

**Attorneys for Defendant/Appellant Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services:**

| | |
|---|---|
| Patricia Cracchiolo LaMagna (No. 021880) | Nathan T. Arrowsmith (No. 031165) |
| Kelly L. Soldati (No. 036727) | Lauren A. Watford (No. 037346) |
| Office of the Arizona Attorney General | Office of the Arizona Attorney General |
| Education and Health Section | Solicitor General's Office |
| 2005 N. Central Avenue | 2005 North Central Avenue |
| Phoenix, Arizona 85004 | Phoenix, Arizona 85004-1592 |
| Tel.: (602) 542-1610 | (602) 542-3333 |
| Fax: (602) 364-0700 | Nathan.Arrowsmith@azag.gov |
| EducationHealth@azag.gov | Lauren.Watford@azag.gov |
| | ACL@azag.gov |

RESPECTFULLY SUBMITTED this 30th day of October, 2025.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By /s/ Nathan T. Arrowsmith
Patricia Cracchiolo LaMagna
Kelly L. Soldati
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004

Nathan T. Arrowsmith
Lauren A. Watford
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592

*Attorneys for Defendant*