1  Kyle C. Wong (*Pro Hac Vice*)
   COOLEY LLP
2  3 Embarcadero Center, 20th floor
   San Francisco, California 94111-4004
3  Telephone:   (415) 693-2000
   Facsimile:   (415) 693-2222
4  Email:       kwong@cooley.com

5  Patrick Hayden (*Pro Hac Vice*)
   COOLEY LLP
6  55 Hudson Yards
   New York, New York 10001-2157
7  Telephone:   (212) 479-6000
   Facsimile:   (212) 479-6275
8  Email:       phayden@cooley.com

9  Mary O'Grady (011434)
   Colin Proksel (034133)
10 Payslie Bowman (035418)
   OSBORN MALEDON, P.A.
11 2929 North Central Avenue, 21st Floor
   Phoenix, Arizona 85012-2793
12 Telephone:   (602) 640-9000
   Facsimile:   (602) 640-9050
13 Email:       mogrady@omlaw.com
   Email:       cproksel@omlaw.com
14 Email:       pbowman@omlaw.com

15 *Attorneys for Plaintiffs and the Class*

16 Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services,<br><br>Defendant. | Case No. 4:20-cv-00484-JAS<br><br>**PLAINTIFFS' NOTICE OF MAILING PAPERS AND AUTHORITIES** |

1  Rachel Berg (*Pro Hac Vice*)
   NATIONAL CENTER FOR LGBTQ RIGHTS
2  870 Market Street, Suite 370
   San Francisco, California 94102
3  Telephone:   (415) 343-7679
   Facsimile:   (415) 392-8442
4  Email:       rberg@nclrights.org

5  Jessica Taylor (*Pro Hac Vice*)
   COOLEY LLP
6  10265 Science Center Drive
   San Diego, California 92121-1117
7  Telephone:   (858) 550-6000
   Facsimile:   (858) 550-6420
8  Email:       jtaylor@cooley.com

9

10 *Attorneys for Plaintiffs and the Class*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | Plaintiffs, by and through their respective counsel of record, hereby provide notice that they have complied with the Court's Case Management Order (Doc. 7) to provide Chambers with copies of filed papers and supporting authorities. On November 12, 2025, Plaintiffs sent one binder to Chambers via Federal Express containing Plaintiffs' Opposition to Motion to Intervene Post-Judgment by Arizona Senate President Warren Peterson and Speaker of the Arizona House Steve Montenegro (Doc. 328) and related authorities. |

Respectfully submitted this 13th day of November, 2025.

Dated: November 13, 2025

COOLEY LLP

/s/ *Jessica L. Taylor*
Jessica L. Taylor (*Pro Hac Vice*)
10265 Science Center Drive
San Diego, California 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: jtaylor@cooley.com

Mary O'Grady (011434)
Colin M. Proksel (034133)
Payslie M. Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: mogrady@omlaw.com
Email: cproksel@omlaw.com
Email: pbowman@omlaw.com

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: rberg@nclrights.org

Kyle C. Wong (*Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kwong@cooley.com

Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275
Email:        phayden@cooley.com

*Attorneys for Plaintiffs and the Class*