1  Kyle C. Wong (*Pro Hac Vice*)
   COOLEY LLP
2  3 Embarcadero Center, 20th floor
   San Francisco, California 94111-4004
3  Telephone:  (415) 693-2000
   Facsimile:  (415) 693-2222
4  Email:      kwong@cooley.com

5  Patrick J. Hayden (*Pro Hac Vice*)
   COOLEY LLP
6  55 Hudson Yards
   New York, New York 10001-2157
7  Telephone:  (212) 479-6000
   Facsimile:  (212) 479-6275
8  Email:      phayden@cooley.com

9  Mary R. O'Grady (011434)
   Colin M. Proksel (034950)
10 Payslie M. Bowman (035418)
   OSBORN MALEDON, P.A.
11 2929 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012
12 Telephone:  (602) 640-9000
   Facsimile:  (602) 640-9050
13 Email:      mogrady@omlaw.com
   Email:      jbullock@omlaw.com
14 Email:      pbowman@omlaw.com

15 *Attorneys for Plaintiffs and the Class*

16 Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., | Case No. 4:20-cv-00484-JAS |
| Plaintiffs, | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| v. | |
| Deborah Johnston, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, | |
| Defendant. | |

1  Rachel Berg (*Pro Hac Vice*)
   NATIONAL CENTER FOR LGBTQ RIGHTS
2  870 Market Street, Suite 370
   San Francisco, California 94102
3  Telephone:   (415) 343-7679
   Facsimile:   (415) 392-8442
4  Email:       rberg@nclrights.org

5  Jessica Taylor (*Pro Hac Vice*)
   COOLEY LLP
6  10265 Science Center Drive
   San Diego, California 92121-1117
7  Telephone:   (858) 550-6000
   Facsimile:   (858) 550-6420
8  Email:       jtaylor@cooley.com

9  *Attorneys for Plaintiffs and the Class*

-1-

1    Osborn Maledon, P.A., co-counsel for Plaintiffs and the Class, gives notice that
2 Colin M. Proksel is withdrawn and disassociated as attorney for Plaintiffs and the Class.
3 As of February 1, 2026, Mr. Proksel will no longer be associated with the law firm of
4 Osborn Maledon, P.A.  Mary R. O'Grady and Payslie M. Bowman of Osborn Maledon,
5 P.A.; Kyle C. Wong, Patrick Hayden and Jessica L. Taylor of Cooley LLP; and Rachel
6 Berg of the National Center for LGBTQ Rights will continue to serve as counsel for
7 Plaintiffs and the Class.

   Undersigned counsel requests that Colin M. Proksel be removed from the electronic
9 notice system for this matter effective immediately.

10   Dated this 30th day of January, 2026.

                                      OSBORN MALEDON, P.A.

                                       s/Colin M. Proksel
                                      Mary R. O'Grady
                                      Colin M. Proksel
                                      Payslie M. Bowman
                                      2929 North Central Avenue, Suite 2000
                                      Phoenix, Arizona 85012

                                      Kyle C. Wong (*Pro Hac Vice*)
                                      COOLEY LLP
                                      3 Embarcadero Center, 20th Floor
                                      San Francisco, California 94111-4004

                                      Rachel Berg (*Pro Hac Vice*)
                                      NATIONAL CENTER FOR LGBTQ
                                      RIGHTS
                                      870 Market Street, Suite 370
                                      San Francisco, California 94102

                                      Patrick Hayden (*Pro Hac Vice*)
                                      COOLEY LLP
                                      55 Hudson Yards
                                      New York, New York 10001-2157

                                      Jessica L. Taylor (*Pro Hac Vice*)
                                      COOLEY LLP
                                      10265 Science Center Drive
                                      San Diego, California 92121-1909

                                      *Attorneys for Plaintiffs and the Class*