EXHIBIT B

| | |
|---|---|
| **From:** | ACMS@ca9.fedcourts.us |
| **To:** | SLS Docketing |
| **Subject:** | Roe, et al. v. Johnston 25-6970 - 017 - Notice of Case Being Considered for Oral Argument |
| **Date:** | Wednesday, January 14, 2026 11:23:58 AM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

## United States Court of Appeals for the Ninth Circuit

### Notice of Docket Activity

The following transaction was entered on 01/14/2026 10:21:41 AM PST and filed on 01/14/2026

**Case Name:** Roe, et al. v. Johnston

**Case Number:** 25-6970

**Docket Text:**

**NOTICE:** This case is being considered for an upcoming oral argument calendar in Phoenix. Please review the Phoenix sitting dates for April 2026 and the subsequent sitting month in that location at http://www.ca9.uscourts.gov/court_sessions. Absent an irreconcilable conflict, the court expects you to appear and argue your case during one of these two months. If you have an irreconcilable conflict on any of the dates, please consult with opposing counsel to propose an alternate date and/or location and file Form 32 (http://www.ca9.uscourts.gov/forms/form32.pdf) within 3 business days of this notice using the ACMS filing type **Response to Case Being Considered for Oral Argument**. Please follow the form's instructions (http://www.ca9.uscourts.gov/forms/form32instructions.pdf) carefully.
If the parties wish to discuss settlement before an argument date is set, they should jointly request referral to the mediation unit by filing a motion within 3 business days of this notice, using the filing type: **Motion to Refer to Mediation**.
You will receive notice that your case has been assigned to a calendar approximately 10 weeks before the scheduled oral argument date. [25-6970] [Entered: 01/14/2026 10:21 AM]

### Notice will be electronically mailed to:

Mr. Patrick Hayden ; efiling-notice@ecf.pacerpro.com, phayden@cooley.com
Rachel H. Berg ; rberg@nclrights.org, efiling@nclrights.org
Mary O'Grady ; mogrady@omlaw.com, pnieto@omlaw.com
Colin Matthew Proksel ; raniol@omlaw.com, cproksel@omlaw.com
Payslie M. Bowman ; pbowman@omlaw.com, raniol@omlaw.com
Nathan T. Arrowsmith ; nathan.arrowsmith@azag.gov, nathan.arrowsmith@azag.gov, acl@azag.gov

Lauren Watford ; lauren.watford@azag.gov, acl@azag.gov, lauren.watford@azag.gov, acl@azag.gov

Kyle Wong ; efilingnotice@cooley.com, efiling-notice@ecf.pacerpro.com, kwong@cooley.com

**Case participants listed below will not receive this electronic notice:**