# EXHIBIT C

|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 28 2026 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

HELEN ROE; et al.,

   Plaintiffs - Appellees,

 v.

DEBORAH JOHNSTON,

   Defendant - Appellant.

No. 25-6970

D.C. No. 4:20-cv-00484-JAS
District of Arizona,
Tucson

ORDER

HELEN ROE; et al.,

   Plaintiffs - Appellees,

 v.

DEBORAH JOHNSTON,

   Defendant - Appellee,

 v.

WARREN PETERSEN and STEVE MONTENEGRO,

   Movants - Appellants.

No. 25-6980

D.C. No. 4:20-cv-00484-JAS
District of Arizona,
Tucson

 The motion (Docket Entry No. 18 in 25-6970; Docket Entry No. 6 in 25-6980) to consolidate these appeals is granted.

 The orders (Docket Entry No. 16 in 25-6970; Docket Entry No. 8 in 25-6980) granting streamlined extensions of time to file a brief are vacated. To

facilitate the placement of these appeals on the calendar for April 2026, the following briefing schedule will apply: The opening briefs are due February 13, 2026. The consolidated answering brief is due March 13, 2026. The optional reply briefs are due March 27, 2026. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT