Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone:   (415) 343-7679
Facsimile:   (415) 392-8442
Email:       rberg@nclrights.org

Mary O'Grady (011434)
Payslie Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone:   (602) 640-9000
Facsimile:   (602) 640-9050
Email:       mogrady@omlaw.com
Email:       pbowman@omlaw.com

*Attorneys for Plaintiffs and the Class*

Additional counsel listed on following page

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Deborah Johnston, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services,<br><br>Defendant,<br><br>Warren Petersen, in his official capacity as President of the Arizona State Senate, and Steve Montenegro, in his official capacity as Speaker of the Arizona House of Representatives,<br><br>Intervenor-Defendants. | Case No. 4:20-cv-00484-JAS<br><br>**PLAINTIFFS' NOTICE OF MAILING PAPERS AND AUTHORITIES** |

| | |
|---|---|
| 1 | Kyle C. Wong (*Pro Hac Vice*)<br>COOLEY LLP |
| 2 | 3 Embarcadero Center, 20th floor<br>San Francisco, California 94111-4004 |
| 3 | Telephone:   (415) 693-2000<br>Facsimile:    (415) 693-2222 |
| 4 | Email:          kwong@cooley.com |
| 5 | Patrick Hayden (*Pro Hac Vice*)<br>COOLEY LLP |
| 6 | 55 Hudson Yards<br>New York, New York 10001-2157 |
| 7 | Telephone:   (212) 479-6000<br>Facsimile:    (212) 479-6275 |
| 8 | Email:          phayden@cooley.com |
| 9 | Jessica Taylor (*Pro Hac Vice*)<br>COOLEY LLP |
| 10 | 10265 Science Center Drive<br>San Diego, California 92121-1117 |
| 11 | Telephone:   (858) 550-6000<br>Facsimile:    (858) 550-6420 |
| 12 | Email:          jtaylor@cooley.com |

*Attorneys for Plaintiffs and the Class*

Plaintiffs, by and through their respective counsel of record, hereby provide notice that they have complied with the Court's Case Management Order (Doc. 7) to provide Chambers with copies of filed papers and supporting authorities. On February 5, 2026, Plaintiffs sent one binder to Chambers via Federal Express containing Plaintiffs' Opposition to Arizona Senate President Warren Peterson and Speaker of the Arizona House Steve Montenegro's Motion for a Stay Pending Appeal (Doc. 350) and related authorities.

Respectfully submitted this 5th day of February, 2026.

Dated: February 5, 2026

COOLEY LLP

/s/ *Kyle C. Wong*
Kyle C. Wong (*Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222
Email:      kwong@cooley.com

Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile:  (212) 479-6275
Email:      phayden@cooley.com

Jessica L. Taylor (*Pro Hac Vice*)
10265 Science Center Drive
San Diego, California 92121-1909
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:      jtaylor@cooley.com

Mary O'Grady (011434)
Payslie M. Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
Telephone:  (602) 640-9000
Facsimile:   (602) 640-9050
Email:       mogrady@omlaw.com
Email:       pbowman@omlaw.com

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Telephone:  (415) 343-7679
Facsimile:   (415) 392-8442
Email:         rberg@nclrights.org

*Attorneys for Plaintiffs and the Class*