**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Patricia Cracchiolo LaMagna (Bar No. 021880)
Kelly L. Soldati (Bar No. 036727)
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004
Tel.: (602) 542-1610
Fax: (602) 364-0700
EducationHealth@azag.gov

Nathan T. Arrowsmith (Bar No. 031165)
Lauren A. Watford (Bar No. 037346)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Lauren.Watford@azag.gov
ACL@azag.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Deborah Johnston, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services, <br><br> Defendant. | No. 4:20-cv-00484-JAS <br><br> **JOINT MOTION TO SEAL THE PARTIES' JOINT MOTION TO SEAL PREVIOUSLY FILED DOCUMENT** |

Pursuant to Local Rule 5.6 and the Protective Order entered in this case (Doc. 24, 25), the parties respectfully request that the Court enter an order directing the Clerk to seal the parties' Joint Motion to Seal Previously Filed Document, lodged under seal with this motion. The Joint Motion contains confidential information. A proposed form of order is included with this motion.

RESPECTFULLY SUBMITTED this 18th day of March, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  /s/ *Nathan T. Arrowsmith*
　　Patricia Cracchiolo LaMagna
　　Kelly L. Soldati
　　Assistant Attorneys General
　　Education and Health Section
　　2005 N. Central Avenue
　　Phoenix, Arizona 85004

　　Nathan T. Arrowsmith
　　Lauren A. Watford
　　Office of the Arizona Attorney General
　　2005 North Central Avenue
　　Phoenix, Arizona 85004-1592

*Attorneys for Defendant*
**NATIONAL CENTER FOR LGBTQ**
**RIGHTS**

By  /s/ *Rachel Berg (with permission)*
　　Rachel Berg (Pro Hac Vice)
　　870 Market Street, Suite 370
　　San Francisco, California 94102
　　rberg@nclrights.org

　　Kyle C. Wong (Pro Hac Vice)
　　COOLEY LLP
　　3 Embarcadero Center, 20th Floor
　　San Francisco, California 94111-4004
　　kwong@cooley.com

Patrick Hayden (Pro Hac Vice)
COOLEY   LLP
55 Hudson Yards
New York, New York 10001-2157
phayden@cooley.com

Jessica L. Taylor (Pro Hac Vice)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1909
jtaylor@cooley.com

Mary O'Grady (011434)
Payslie M. Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, 21st Floor
Phoenix, Arizona 85012-2793
mogrady@omlaw.com
pbowman@omlaw.com

*Attorneys for Plaintiffs and the Class*

**JAMES OTIS LAW GROUP, LLC**

By /s/ *Justin D. Smith (with permission)*
    Justin D. Smith (Mo. Bar 63253)*
    Michael Martinich-Sauter (Mo. Bar
    66065)
    530 Maryville Centre Drive, Suite 230
    St. Louis, Missouri 63141
    Justin.Smith@james-otis.com
    Michael.Martinich-Sauter@james-
    otis.com

*Attorneys for Intervenor-Defendants*
*President Petersen and Speaker Montenegro*

*\*Pro Hac Vice*

2