# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Sheila Sjolander, in her official capacity as State Registrar of Vital Records and Interim Director of the Arizona Department of Health Services,<br><br>Defendant. | No. 4:20-cv-00484-JAS<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO SEAL THE PARTIES' JOINT MOTION TO SEAL PREVIOUSLY FILED DOCUMENT** |

The Court has reviewed the parties' Joint Motion to Seal the Parties' Joint Motion to Seal Previously Filed Document (doc. ___), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Joint Motion is Granted.

**IT IS FURTHER ORDERED** directing the Clerk's Office to file under seal the parties' Joint Motion to Seal Previously Filed Document.