**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Patricia Cracchiolo LaMagna (Bar No. 021880)
Kelly L. Soldati (Bar No. 036727)
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004
Tel.: (602) 542-1610
Fax: (602) 364-0700
EducationHealth@azag.gov

Nathan T. Arrowsmith (Bar No. 031165)
Lauren A. Watford (Bar No. 037346)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Lauren.Watford@azag.gov
ACL@azag.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Deborah Johnston, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services, <br><br> Defendant, | No. 4:20-cv-00484-JAS <br><br> **DEFENDANT'S NOTICE OF APPELLATE ORDER** |

Warren Petersen, in his official capacity as President of the Arizona State Senate, and Steve Montenegro, in his official capacity as Speaker of the Arizona House of Representatives,

Intervenor-Defendants.

Defendant notifies the Court that on April 28, 2026, the United States Court of Appeals for the Ninth Circuit entered the attached order staying the district court's orders entering a permanent injunction (Doc. 310) and making the injunction effective on April 30, 2026 (Doc. 353). The stay is in effect pending resolution of Defendant's appeal. The panel has advised the parties that its decision will arrive in due course.

Defendant will file a subsequent notice to advise the Court of any decision from the Ninth Circuit.

RESPECTFULLY SUBMITTED this 29th day of April, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By  /s/ *Nathan T. Arrowsmith*
       Patricia Cracchiolo LaMagna
       Kelly L. Soldati
       Assistant Attorneys General
       Education and Health Section
       2005 N. Central Avenue
       Phoenix, Arizona 85004

       Nathan T. Arrowsmith
       Lauren A. Watford
       Office of the Arizona Attorney General
       2005 North Central Avenue
       Phoenix, Arizona 85004-1592

       *Attorneys for Defendant*