**KRISTIN K. MAYES**
**Attorney General**
(Firm State Bar No. 14000)

Patricia Cracchiolo LaMagna (Bar No. 021880)
Kelly L. Soldati (Bar No. 036727)
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004
Tel.: (602) 542-1610
Fax: (602) 364-0700
EducationHealth@azag.gov

Nathan T. Arrowsmith (Bar No. 031165)
Lauren A. Watford (Bar No. 037346)
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-3333
Nathan.Arrowsmith@azag.gov
Lauren.Watford@azag.gov
ACL@azag.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Deborah Johnston, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services,<br><br>Defendant,<br><br>and | No. 4:20-cv-00484-JAS<br><br>**MOTION FOR JUDGMENT ON THE MANDATE** |

Warren Petersen, in his official capacity as President of the Arizona Senate, and Steve Montenegro, in his official capacity as Speaker of the Arizona House of Representatives,

Intervenor-Defendants.

Defendant Deborah Johnston and Intervenor-Defendants Arizona Senate President Warren Petersen and Arizona House Speaker Steve Montenegro (collectively, "Defendants") move for entry of judgment against Plaintiffs and in favor of Defendants based on the opinion and mandate issued by the United States Court of Appeals for the Ninth Circuit.

On October 6, 2026, the Ninth Circuit issued an opinion reversing this Court's grant of summary judgment to Plaintiffs (Doc. 279), vacating the Court's permanent injunction (Doc. 310), and remanding for further proceedings. *See Roe v. Johnston*, — F.4th —, 2026 WL 2998232 (9th Cir. 2026). The Ninth Circuit then issued its mandate on October 28, 2026. Doc. 365.

The Ninth Circuit's opinion resolves the legal issues in this case. Specifically, as to Count I of Plaintiffs' Amended Complaint (Doc. 47, ¶¶ 121-26), the Ninth Circuit held that A.R.S. § 36-337(A)(3) "does not draw a legislative classification based on transgender status or any other suspect [classification]." *Roe*, 2026 WL 2998232 at * 7. Applying rational basis review, the court then held that § 36-337(A)(3) is "rationally related to the government's interest in sufficient evidentiary support for a birth certificate amendment." *Id.* at *8. As to Counts II-IV of Plaintiffs' Amended Complaint (Doc. 47, ¶¶ 127-44), the Ninth Circuit held that "plaintiffs' alleged fundamental rights are not burdened in all applications of [§ 36-337(A)(3)], and the law thus does not violate the Due Process Clause." *Roe*, 2026 WL 2998232 at *10.

Based on the Ninth Circuit's opinion, the only appropriate "further proceeding" in this case is entry of judgment against Plaintiffs and in favor of Defendants. Defendants therefore respectfully request that the Court direct the Clerk to enter judgment in favor of Defendants and against Plaintiffs on all counts. Defendants further request that the Court order that the parties shall bear their own fees and costs. A proposed form of order is filed concurrently with this motion.

RESPECTFULLY SUBMITTED this 13th day of November, 2026.

**KRISTIN K. MAYES**
**ATTORNEY GENERAL**

By /s/ *Nathan Arrowsmith*
Patricia Cracchiolo LaMagna
Kelly L. Soldati
Assistant Attorneys General
Education and Health Section
2005 N. Central Avenue
Phoenix, Arizona 85004

Nathan T. Arrowsmith
Lauren A. Watford
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
*Attorneys for Defendant*

**JAMES OTIS LAW GROUP, LLC**

By /s/ *Michael Martinich-Sauter*
Michael Martinich-Sauter (Mo. Bar 66065)*
530 Maryville Centre Drive, Suite 230
St. Louis, Missouri 63141
Michael.Martinich-Sauter@james-otis.com
*Attorneys for Intervenor-Defendants*
*President Petersen and Speaker Montenegro*
**Pro Hac Vice*