Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811
Telephone: (415) 343-7679
Facsimile: (415) 392-8442
Email: rberg@nclrights.org

Mary R. O'Grady (011434)
Payslie M. Bowman (035418)
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 640-9000
Facsimile: (602) 640-9050
Email: mogrady@omlaw.com
Email: pbowman@omlaw.com

*Attorneys for Plaintiffs and the Class*

Additional counsel listed on following page

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al.,

Plaintiffs,

v.

Deborah Johnston, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services,

Defendant,

and

Warren Petersen, in his official capacity as President of the Arizona Senate, and Steve Montenegro, in his official capacity as Speaker of the Arizona House of Representatives,

Intervenor-Defendants.

Case No. 4:20-cv-00484-JAS

**PLAINTIFFS' RESPONSE TO DEFENDANT'S AND INTERVENOR-DEFENDANTS' MOTION FOR JUDGMENT ON THE MANDATE**

Kyle C. Wong (*Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center, 20th floor
San Francisco, California 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: kwong@cooley.com

Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
Email: phayden@cooley.com

Jessica Taylor (*Pro Hac Vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: jtaylor@cooley.com

*Attorneys for Plaintiffs and the Class*

Plaintiffs do not oppose Defendant Deborah Johnston and Intervenor-Defendants Arizona Senate President Warren Petersen and Arizona House Speaker Steve Montenegro's (collectively, "Defendants") motion for entry of judgment on the mandate in favor of Defendants based on the opinion and mandate issued by the United States Court of Appeals for the Ninth Circuit. (DE 367.) Plaintiffs agree that the parties should bear their own attorneys' fees and costs.

Respectfully submitted this 20th day of November, 2026.

OSBORN MALEDON, P.A.

s/Payslie M. Bowman

Mary R. O'Grady
Payslie M. Bowman
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012

Rachel Berg (*Pro Hac Vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st Street #11548
Sacramento, CA 95811

Kyle C. Wong (*Pro Hac Vice*)
COOLEY LLP
3 Embarcadero Center, 20th floor
San Francisco, California 94111-4004

Patrick Hayden (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001-2157

Jessica L. Taylor (*Pro Hac Vice*)
COOLEY LLP
10265 Science Center Drive
San Diego, California 92121-1909

*Attorneys for Plaintiffs and the Class*