**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Helen Roe, a minor, by and through her parent and next friend Megan Roe; et al.,

Plaintiffs,

v.

Deborah Johnston, in her official capacity as State Registrar of Vital Records and Director of the Arizona Department of Health Services,

Defendant,

and

Warren Petersen, in his official capacity as President of the Arizona Senate, and Steve Montenegro, in his official capacity as Speaker of the Arizona House of Representatives,

Intervenor-Defendants.

No. CV-20-00484-TUC-JAS

**ORDER**

On October 29, 2026, the Court ordered the parties to submit briefing explaining what action the Court should take in view of the Ninth Circuit's Opinion in this matter. (Doc. 366.) Defendant and Intervenor-Defendants (collectively "Defendants") filed a Motion for Judgment on the Mandate (Doc. 367), and Plaintiffs filed a response indicating

that they do not oppose Defendants' Motion (Doc. 368). The Court has reviewed the relevant briefing and the Ninth Circuit's Opinion.

Accordingly, **IT IS ORDERED:**

1. Defendants' Motion for Judgment (Doc. 367) is granted.
2. The Clerk of the Court is directed to enter judgment for Defendant and Intervenor-Defendants and against Plaintiffs as to all counts in Plaintiffs' Amended Complaint.
3. The parties shall each bear their own attorney's fees and costs.
4. The Clerk of the Court shall close this matter.

Dated this 23rd day of November, 2026.

Honorable James A. Soto
United States District Judge